First-Choice Reporting Services, Inc.
www.firstchoicereporting.com

Page 1

**ORIGINAL**

1  UNITED STATES BANKRUPTCY COURT
2  MIDDLE DISTRICT OF FLORIDA
3  ORLANDO DIVISION

4  IN RE:                                    CASE NO. 6:04bk-01612-KSJ
                                             Chapter 7
5  JOHN J. MURPHY, SR.,

6         Debtor.

7  _____

8  RIVERTREE LANDING, LLC,

9         Plaintiff,

   v.                                        ADVERSARY CASE NO.:
                                             6:04-ap-00154-KSJ
10 JOHN J. MURPHY, SR.,

11        Defendant.

12 _____

13 * * * * * * * * * * * * * * * * * * * * * * * * *

                        VOLUME I
14
   DEPOSITION OF:      JOHN J. MURPHY
15
   DATE TAKEN:         September 19, 2006
16
   TIME:               9:00 a.m.
17
   PLACE:              619 East Washington Street
18                     Orlando, Florida

19 REPORTED BY:        Jan L. O'Steen, Court Reporter
                       Notary Public
20

21 * * * * * * * * * * * * * * * * * * * * * * * * *

22

23

24

25

Orlando, Tampa, Melbourne, Daytona & Lake County
Voice 800-939-0093                                    Fax 877-993-0909

First-Choice Reporting Services, Inc.
www.firstchoicereporting.com

Page 2

```
 1    APPEARANCES:

 2      Appearing on behalf of the Plaintiff:

 3          I. WILLIAM SPIVEY, II, ESQUIRE
            Greenberg, Traurig, P.A.
 4          450 South Orange Avenue
            Suite 650
 5          Orlando, Florida  32801

 6
        Appearing on behalf of the Defendant:
 7
            RAYMOND J. ROTELLA, ESQUIRE
 8          Kosto & Rotella, P.A.
            619 East Washington Street
 9          Orlando, Florida  32802

10

11    ALSO PRESENT:   FRANCES C. PANICO, SENIOR VICE PRESIDENT OF
                      INLAND MORTGAGE CORP.
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Orlando, Tampa, Melbourne, Daytona & Lake County
Voice 800-939-0093                                                                                  Fax 877-993-0909

```
 1                      I N D E X

 2                   (VOLUMES I AND II)

 3

        TESTIMONY OF JOHN J. MURPHY
 4
          Direct Examination by Mr. Spivey . . . . . .   4
 5

 6      STIPULATIONS . . . . . . . . . . . . . . . . 305

 7      CERTIFICATE OF OATH. . . . . . . . . . . . . 306

 8      CERTIFICATE. . . . . . . . . . . . . . . . . 307

 9      SUBSCRIPTION PAGE. . . . . . . . . . . . . . 306

10      ERRATA SHEET . . . . . . . . . . . . . . . . 305

11

12                       E X H I B I T S

13      Plaintiff's Exhibit No. 1 . . . . . . . . . . . 50

14      Plaintiff's Exhibit No. 2 . . . . . . . . . . . 61

15      Plaintiff's Exhibit No. 3 . . . . . . . . . . . 69

16      Plaintiff's Exhibit No. 4 . . . . . . . . . . .169

17      Plaintiff's Exhibit No. 5 . . . . . . . . . . .176

18      Plaintiff's Exhibit No. 6 . . . . . . . . . . .190

19      Plaintiff's Exhibit No. 7 . . . . . . . . . . .195

20      Plaintiff's Composite Exhibit No. 8 . . . . . .199

21      Plaintiff's Composite Exhibit No. 9 . . . . . .204

22      Plaintiff's Exhibit Composite No. 10. . . . . .209

23      Plaintiff's Exhibit No. 11. . . . . . . . . . .226

24      Plaintiff's Exhibit No. 12. . . . . . . . . . .230

25
```

First-Choice Reporting Services, Inc.
www.firstchoicereporting.com

Page 4

1               E X H I B I T S
2                  (Continued)
3   Plaintiff's Exhibit No. 13. . . . . . . . . . . .231
4   Plaintiff's Exhibit No. 14. . . . . . . . . . . .236
5   Plaintiff's Exhibit No. 15. . . . . . . . . . . .240
6   Plaintiff's Exhibit No. 16. . . . . . . . . . . .242
7   Plaintiff's Exhibit No. 17. . . . . . . . . . . .254
8   Plaintiff's Exhibit No. 18. . . . . . . . . . . .255
9   Plaintiff's Exhibit No. 19. . . . . . . . . . . .264
10  Plaintiff's Exhibit No. 20. . . . . . . . . . . .266
11  Plaintiff's Exhibit No. 21. . . . . . . . . . . .270
12  Plaintiff's Exhibit No. 22. . . . . . . . . . . .275
13  Plaintiff's Exhibit No. 23. . . . . . . . . . . .276
14  Plaintiff's Exhibit No. 24. . . . . . . . . . . .279
15  Plaintiff's Exhibit No. 25. . . . . . . . . . . .280
16  Plaintiff's Exhibit No. 26. . . . . . . . . . . .281
17  Plaintiff's Exhibit No. 27. . . . . . . . . . . .290
18  Plaintiff's Exhibit No. 28. . . . . . . . . . . .291
19  Plaintiff's Composite Exhibit No. 29. . . . . .299
20
21
22
23
24
25

Orlando, Tampa, Melbourne, Daytona & Lake County
Voice 800-939-0093                               Fax 877-993-0909

First-Choice Reporting Services, Inc.
www.firstchoicereporting.com

Page 5

```
 1   WHEREUPON,
 2            The following proceedings were had,
 3                    JOHN J. MURPHY,
 4   a witness herein, having first been duly sworn, was
 5   examined, and testified as follows:
 6                    DIRECT EXAMINATION
 7   BY MR. SPIVEY:
 8        Q    Good morning, Mr. Murphy.  Will you state
 9   your full name for the record, please?
10        A    John Murphy.
11        Q    Do you have a middle initial, sir?
12        A    Yes.
13        Q    What is it?
14        A    J.
15        Q    What does J represent?
16        A    Joseph.
17        Q    Do you have any surnames that go after
18   Murphy, junior, senior, the third, fourth, et
19   cetera?
20        A    I've used junior in the past and senior in
21   the past.
22        Q    What do you use presently?
23        A    I don't use anything presently.
24        Q    Do you refer to yourself as John J.
25   Murphy, period?
```

First-Choice Reporting Services, Inc.
www.firstchoicereporting.com

Page 6

1    A    I refer to myself as John Murphy.

2    Q    When did you start referring to yourself
3    as John Murphy?

4    A    Shortly after I was accosted in a
5    deposition by several attorneys for taking my
6    father's surname of senior.

7    Q    Subsequent to that deposition, have you
8    ever used the name John J. Murphy, Sr.?

9    A    I could have, yes.

10   Q    Subsequent to that deposition, have you
11   ever used the name John J. Murphy, Jr.?

12   A    I don't think so.

13   Q    Do you understand, sir, that you're under
14   oath today?

15   A    Yes.

16   Q    And do you understand the significance of
17   being under oath?

18        MR. ROTELLA:  Object to the form of the
19        question.

20        THE WITNESS:  I don't understand your
21        question.

22   BY MR. SPIVEY:

23   Q    Do you understand, sir, that you are
24   legally bound to tell the truth today?

25   A    Yes.

First-Choice Reporting Services, Inc.
www.firstchoicereporting.com

Page 7

```
 1     Q    And are you committed to do that?
 2     A    Yes.
 3     Q    Sir, do you have a Georgia driver's
 4  license?
 5     A    No.
 6     Q    Do you have a Florida driver's license?
 7     A    Yes.
 8     Q    Do you have it with you?
 9     A    Yes.
10     Q    Can I see it, please?
11     A    (Tenders document.)
12     Q    Sir, this indicates an address of 2570
13  State Road 13, Jacksonville, Florida 32259-9261.  Is
14  that where you live?
15     A    Part of the time, yes.
16     Q    How long have you lived at that address?
17     A    I've been staying there, oh, probably on
18  and off for over -- about a year.
19     Q    Do you own or rent the premises at 2570
20  State Road 13?
21     A    Neither.
22     Q    Who owns that property?
23     A    My brother.
24     Q    And what's your brother's name?
25     A    Patrick Murphy.
```

First-Choice Reporting Services, Inc.
www.firstchoicereporting.com

Page 8

1  Q   Your driver's license, sir, indicates that
2  it is a duplicate issued on June 28th, 2006. Did
3  you get a new driver's license on June 28th of 2006?
4  A   Yes.
5  Q   And why did you get a new driver's
6  license?
7  A   Because I found out that mine had been
8  suspended by the state. And I applied for a new
9  driver's license, and they sent it to me.
10 Q   I'm returning your driver's license to
11 you, sir. Thank you.
12     Do you receive mail and bills from
13 creditors?
14     MR. ROTELLA: Wait. Excuse me a minute.
15     Discovery has been cut off as of 9-28-05. If
16     I'm understanding your question to be 9-28-05
17     or before, I have no problem with him answering
18     that. If you're talking currently, then I
19     would object and say it's beyond the scope the
20     Court set for discovery.
21 BY MR. SPIVEY:
22 Q   You can answer the question, sir.
23     MR. ROTELLA: What are we doing here?
24     MR. SPIVEY: I'm trying to find out where
25     he's lived, Ray, during the pendency of the

First-Choice Reporting Services, Inc.
www.firstchoicereporting.com

Page 9

1   bankruptcy.
2          MR. ROTELLA:  Are you after September 28
3   or before September 28?
4          MR. SPIVEY:  I'm asking currently, and
5   we'll back up to February 17th, 2004.  I just
6   want to know where the man receives his mail.
7          MR. ROTELLA:  Okay.  Anything after
8   9-28-05, I'm going to object and direct the
9   witness not to answer.
10         But, John, I have no problem with you
11  starting at 9-28-05 and answering his question
12  on where you were receiving mail.
13         MR. SPIVEY:  Let me stop you, Ray.  You're
14  instructing the witness not to answer a
15  question?
16         MR. ROTELLA:  As to anything after the
17  Court cut off discovery of 9-28-05, yes.
18  BY MR. SPIVEY:
19      Q   Sir, how much time do you spend at 2570
20  State Road 13?
21      A   It depends on my travel schedule.
22      Q   Your brother Patrick, does he have his own
23  family that lives at that same address?
24      A   Oh, yes.
25      Q   And how many people are in Patrick's

First-Choice Reporting Services, Inc.
www.firstchoicereporting.com

Page 10

```
 1   immediate family?
 2        A     His wife and three children.
 3        Q     So the Patrick Murphy family consists of
 4   five people?
 5        A     Yes.
 6        Q     And how many bedrooms are in the home at
 7   2570 State Road 13?
 8        A     There are five in the main house, one in
 9   the guest house.
10        Q     And where do you stay when you sleep
11   there?
12        A     The guest bedroom downstairs.
13        Q     You sleep in the main house?
14        A     When I'm there, yes.
15        Q     You indicated, sir, that you've been there
16   about one year?
17        A     I've been staying there or my other
18   brother's house or my sister's house over the last
19   year.
20        Q     Tell me the other addresses at which you
21   presently stay.
22        A     I don't know my sister's address.
23        Q     What's her name?
24        A     Christine Correia.
25        Q     Spell it, please.
```