First-Choice Reporting Services, Inc.
www.firstchoicereporting.com

Page 11

1    A    C-O-R-R-E-I-A.

2    Q    Generically, where does she live?

3    A    Jacksonville.

4    Q    Do you know her to have a mailing address
5    in Jacksonville?

6    A    Yes.

7    Q    What's the name of the other sibling with
8    whom you stay from time to time?

9    A    My brother, Michael Murphy.

10   Q    Where does he live?

11   A    Jacksonville.

12   Q    Do you believe him to have a mailing
13   address in Jacksonville?

14   A    Yes.

15   Q    Do you ever stay, sir, in Georgia?

16   A    Yes.

17   Q    Where do you stay in Georgia?

18   A    When I've gone up on the weekends or if
19   I'm there during the week, I stay with my wife
20   Julianne.

21   Q    And at what address do you stay?

22        MR. ROTELLA:  Are we -- again, if it's
23   after September 28, '05, I'm going to direct
24   you not to answer.  Before September 28, '05, I
25   have no problem with you answering that.

First-Choice Reporting Services, Inc.
www.firstchoicereporting.com

Page 12

1    MR. SPIVEY: Well, you've waived it, Ray,
2    by allowing him to answer the prior questions,
3    so I'm going to caution you to not instruct --
4    MR. ROTELLA: The only thing I've waived
5    is where you asked about where his sister and
6    brother live. So I think it's a question you
7    can ask, but I'm not waiving as to where he
8    stayed after September 28, '05, with his wife.
9    MR. SPIVEY: So you're not going to allow
10   this witness to answer questions relative to
11   the current whereabouts of his wife and family?
12   MR. ROTELLA: The judge restricted
13   discovery.
14   MR. SPIVEY: Just answer my question, Ray.
15   I don't have time to fool around today.
16   MR. ROTELLA: Ask your question again.
17 BY MR. SPIVEY:
18   Q    Sir --
19   MR. ROTELLA: No. I mean, ask me your
20   question.
21   MR. SPIVEY: Are you going to instruct him
22   not to answer this question, where his wife and
23   family lives at the present time?
24   MR. ROTELLA: Correct.
25   MR. SPIVEY: Okay.

First-Choice Reporting Services, Inc.
www.firstchoicereporting.com

Page 13

```
 1    BY MR. SPIVEY:
 2         Q    Sir, where would you say that you spend
 3    most of your time?
 4         A    On the road.
 5         Q    Doing what?
 6         A    Traveling.
 7         Q    In pursuit of business interests?
 8              MR. ROTELLA:  And again, I'm going to
 9         caution the witness if he's thinking after
10         9-28-05, I'm directing that you not answer
11         questions.  But if he directs his answer to
12         what he was doing before 9-28-05, I have no
13         problem with him answering that.
14    BY MR. SPIVEY:
15         Q    Let's go at it this way, sir.  Did you
16    have a job as of 9-28-05?
17         A    I don't understand what you mean by "a
18    job."
19         Q    Did you have any means of employment, any
20    source of regular income?
21         A    No, not regular income, no.
22         Q    How about irregular income?
23         A    Yes.
24         Q    And what did you do to receive irregular
25    income as of September 28th, 2005?
```

First-Choice Reporting Services, Inc.
www.firstchoicereporting.com

Page 14

```
 1      A     I provided consulting services.
 2      Q     And through whom did you provide
 3   consulting services?
 4      A     I don't understand your question.
 5      Q     Did you act as a consultant in your
 6   individual capacity?
 7      A     Yes.
 8      Q     And for whom did you consult?
 9      A     I consulted -- well, during what time
10   frame?
11      Q     As of September 28th, 2005, approximately
12   one year ago.
13      A     I was -- I had some consulting work for
14   Creekside Golf.
15      Q     What is Creekside Golf, sir?
16      A     It's a golf course outside of Atlanta.
17      Q     Did you consult for an entity that owns or
18   manages Creekside Golf?
19      A     Creekside Golf.
20      Q     Is that Ltd., Inc.; do you know?
21      A     I'm not sure.
22      Q     Tell me what kind of consulting you
23   provided to Creekside Golf.
24      A     I did a overview on staffing and
25   management, and I did an overview for them and
```

First-Choice Reporting Services, Inc.
www.firstchoicereporting.com

Page 15

1   research on potential additional land that they may
2   have for development.
3       Q    And how long did you work as a consultant
4   for Creekside Golf?
5       A    That assignment was about three months.
6       Q    Okay.  Can you give me an approximate time
7   frame when it ran?
8       A    Probably approximately June of '04 until
9   about October of '04.
10      Q    Did they pay you any money?
11      A    Yes.
12      Q    How much?
13      A    I don't recall without looking at my
14  records.
15      Q    What records would you have, sir?
16      A    I'd have to look at my bank statement to
17  see what I deposited.
18      Q    Okay.  And where would those bank
19  statements be?
20      A    I don't understand your question.
21      Q    As we -- the bank statements are
22  physically located somewhere, correct?
23      A    No.
24      Q    You said you would have to consult with
25  them, right?

First-Choice Reporting Services, Inc.
www.firstchoicereporting.com

Page 16

1   A   Have to review them is what I said.
2   Q   Right.  Where would you go to review your
3 bank statements?
4   A   Go to Bank of America online.
5   Q   So your bank statements come from Bank of
6 America?
7   A   Yes.
8   Q   Okay. And which branch of Bank of America
9 would you have an account at as of June to October
10 of 2004?
11   A   The -- I opened the account -- I don't
12 know which branch it's at, because I go to Bank of
13 Americas all over the southeast, but I opened it at
14 the Winter Park branch.
15   Q   And are you the sole party to the account?
16   A   I don't recall if I'm the sole party or
17 not.
18   Q   If you're not the sole party, who would be
19 the other parties to the account?
20   A   Julianne Murphy.
21   Q   Did you receive, sir, a 1099 or W-2 forms
22 at any time in the year 2004?
23   A   Repeat your question.
24   Q   Did you receive a 1099 or W-2 forms at any
25 time in the year 2004?

First-Choice Reporting Services, Inc.
www.firstchoicereporting.com

Page 17

```
 1      A    Yes.
 2      Q    And what did you do with them?
 3      A    I would have sent them to my CPA.
 4      Q    And who would that be, sir?
 5      A    Tom Thomas.
 6      Q    When is the last time that you filed a
 7  federal income tax return?
 8      A    2004.
 9      Q    Did you file one for 2003?
10      A    Yes.
11      Q    Did you file one for 2002?
12      A    Yes.
13      Q    Is there a reason, sir, that you haven't
14  filed one for 2005?
15      A    Yes.
16      Q    And what reason is that?
17      A    I don't have all of the information to
18  file one at this time.
19      Q    From whom are you awaiting information to
20  complete your 2005 federal income tax return?
21      A    I'm waiting for some 1099s.
22      Q    From whom?
23      A    I don't recall which ones I haven't got.
24      Q    Is there a reason that you haven't gotten
25  them?
```

Orlando, Tampa, Melbourne, Daytona & Lake County

Voice 800-939-0093                                    Fax 877-993-0909

First-Choice Reporting Services, Inc.
www.firstchoicereporting.com

Page 18

```
 1     A     I don't understand your question.
 2     Q     Do you understand that people for whom you
 3  do work are legally obligated to provide you 1099
 4  forms by February of the following year in which you
 5  provided your service?
 6     A     Yes.
 7     Q     And if I'm understanding your testimony,
 8  certain people for whom you provided services have
 9  not issued you the 1099 forms in accordance with
10  federal law; is that right?
11     A     Yes, that's correct.
12     Q     What have you done, if anything, to try to
13  get these parties to issue the missing 1099 forms?
14     A     I've contacted them and asked them to
15  provide my 1099.
16     Q     Who did you contact?
17     A     I contacted Matrix Network.
18     Q     Who is that, sir?
19     A     A consulting firm I did some consulting
20  services with.
21     Q     In the year 2005?
22     A     Yeah.  Early in 2005, yes.
23     Q     Who at Matrix Network did you contact?
24     A     I don't recall the gentleman's name.
25     Q     Do you know anybody at Matrix Network?
```

Orlando, Tampa, Melbourne, Daytona & Lake County

Voice 800-939-0093                                          Fax 877-993-0909

First-Choice Reporting Services, Inc.
www.firstchoicereporting.com

Page 19

1   A   Not anymore I don't, no. I don't think
2   so. I think they're closed.
3   Q   Who's the last person you knew at Matrix
4   Network?
5   A   I think, Dan Meyer.
6   Q   How do you spell Mr. Meyer's name?
7   A   Don't know.
8   Q   Where was Mr. Meyer the last time you
9   knew?
10  A   In Orlando.
11  Q   Do you know if you contacted Mr. Meyer
12  about your missing 1099 form?
13  A   Yes.
14  Q   Are you missing 1099 forms from any other
15  party?
16  A   Not that I recall.
17  Q   So if I'm understanding you correctly, the
18  sole reason that you have not yet filed your 2005
19  income tax return is because you have not received a
20  1099 form from Matrix Networks; is that correct?
21  A   To the best of my knowledge.
22  Q   Okay. Have you obtained an extension from
23  the Internal Revenue Service?
24  A   To the best of my knowledge, I have.
25  Q   Did you actually file the returns for the

Page 20

```
 1   years 2004, 2003, and 2002?
 2        A    I don't understand your question.
 3        Q    Somebody sent in tax returns to the
 4   Internal Revenue Service, correct?
 5        A    Yes.
 6        Q    On behalf of John J. Murphy, correct?
 7        A    Yes.
 8        Q    Did you do that personally, or did your
 9   accountant do it for you?
10        A    I don't recall.
11        Q    Do you have copies of your 2002, 2003, and
12   2004 income tax returns?
13        A    Yes.
14        Q    And where would they be located?
15        A    I would probably have them at -- I left
16   the originals at Tom Thomas's office, the taxpayer
17   copies, and I sent copies -- or had them send copies
18   of those to Mr. Rotella.
19        Q    So it's your testimony that you believe
20   Mr. Rotella has possession of copies of your 2002,
21   2003, and 2004 income tax returns?
22        A    Yes.
23             MR. SPIVEY:  Ray, I would like to get
24        copies of those, please.
25             MR. ROTELLA:  I think they've already been
```