**ORIGINAL**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
-----------------------------------x
In re
JOHN J. MURPHY, Sr.,

        Debtor.
-----------------------------------x
RIVERTREE LANDING LLC,

        Plaintiff,

v.


JOHN J. MURPHY, SR.,


        Defendant.

-----------------------------------x

        October 19, 2006
        11:14 a.m.

    Deposition of FRANZ SKRYANZ, taken by Plaintiff, pursuant to Subpoena, at the offices of Greenberg Traurig, 200 Park Avenue, New York, New York, before Jowell Falsetta, a Certified Shorthand Reporter and Notary Public within and for the State of New York.

```
 1
 2   A P P E A R A N C E S:
 3
 4   GREENBERG TRAURIG
          Attorneys for Plaintiff
 5        450 South Orange Avenue
          Orlando, Florida  32801
 6   BY:  I. WILLIAM SPIVEY II, ESQ.
          (Via Telephone)
 7
 8
     BOYLAN BROWN CODE VIGDOR & WILSON, LLP
 9        Attorneys for Christopher Taylor
          2400 Chase Square
10        Rochester, New York  14604
     BY:  DEVIN LAWTON PALMER, ESQ.
11
12
     KOSTO & ROTELLA, P.A.
13        Attorneys for John J. Murphy
          619 East Washington Street
14        P.O. Box 113
          Orlando, Florida  32802
15   BY:  RAY ROTELLA, ESQ.
          (Via Telephone)
16
17
     ALSO PRESENT:  Matthew Gray
18
19
20
21
22
23
24
25
```

1
2          IT IS HEREBY STIPULATED AND
3    AGREED by and between the attorneys
4    for the respective parties herein that
5    filing and sealing be and the same are
6    hereby waived.
7          IT IS FURTHER STIPULATED AND
8    AGREED that all objections, except as
9    to the form of the question, shall be
10   reserved to the time of the trial.
11         IT IS FURTHER STIPULATED AND
12   AGREED that the within deposition may
13   be signed and sworn to before any
14   officer authorized to administer an
15   oath with the same force and effect as
16   if signed and sworn to before the
17   Court.
18
19
20
21
22
23
24
25

```
 1              FRANZ SKRYANZ
 2   F R A N Z   S K R Y A N Z,
 3        64 Meddaugh Road, Pleasant Valley, New
 4        York 12569, being first duly sworn by
 5        Jowell Falsetta, a Notary Public of the
 6        State of New York, was examined and
 7        testified as follows:
 8   EXAMINATION BY MR. SPIVEY:
 9        Q.   Mr. Skryanz.
10        A.   Yes.
11        Q.   Good morning.  My name is Bill
12   Spivey.  I represent Rivertree Landing LLC in
13   the bankruptcy matter in which you have been
14   noticed to be here this morning.
15             I'm attending by telephone from
16   Orlando, Florida this morning and with me is
17   Mr. Rotella, who represents John J. Murphy.
18             Can you hear me?
19        A.   Yes, I have.
20        Q.   Have you ever had your
21   deposition taken before?
22        A.   Yes.
23        Q.   How many times?
24        A.   Three or four.
25        Q.   I am going to ask you a series
```

```
 1              FRANZ SKRYANZ
 2   of questions today.  And I ask that you
 3   answer those questions as fully and
 4   truthfully as you can.
 5              Since Mr. Rotella and I are over
 6   the phone, it is very important that we do
 7   not speak over each other.  I am going to do
 8   my best to let you finish your answer before
 9   I speak and I ask that you do the same thing
10   for us.
11        A.   Understood.
12        Q.   If we are speaking, please do
13   not speak.  It will be difficult for us to
14   understand what is going on and it will also
15   be difficult for the court reporter; is that
16   okay with you?
17        A.   Yes.
18        Q.   If at any time there becomes a
19   problem in understanding us or hearing us,
20   please let us know and we will certainly do
21   the same thing for you.
22              Okay?
23        A.   Fine.
24        Q.   Mr. Skryanz, you do understand
25   that you are under oath this morning?
```

|   |   |   |
|---|---|---|
| 1 |  | FRANZ SKRYANZ |
| 2 | A. | Yes, I do. |
| 3 | Q. | You understand the legal significance for that? |
| 5 | A. | Yes, I do. |
| 6 | Q. | State your full name for the record, please. |
| 8 | A. | First name is Franz, F-R-A-N-Z. Last name Skryanz, S-K-R-Y-A-N-Z as in zebra. |
| 10 | Q. | Where do you live, sir? |
| 11 | A. | In Pleasant Valley, New York. |
| 12 | Q. | Do you have a specific address, please? |
| 14 | A. | 64 Meddaugh Road. |
| 15 | Q. | What is your zip code there, please? |
| 17 | A. | 12569. |
| 18 | Q. | What is your date of birth, sir? |
| 19 | A. | December 9, 1937. |
| 20 | Q. | You understand, sir, that you are being deposed this morning as a corporate representative of London Manhattan Limited, Inc.? |
| 24 | A. | No, I do not because I am not an officer or employee of London Manhattan |

```
 1              FRANZ SKRYANZ
 2  Limited, Inc.
 3       Q.   You understand that you're being
 4  deposed today as a corporate representative
 5  of Xethanol Corporation?
 6       A.   Yes.
 7       Q.   Tell me your current association
 8  with Xethanol.
 9       A.   I am vice-president, secretary
10  and treasurer of Xethanol.
11       Q.   How long have you held those
12  positions?
13       A.   Since Xethanol was formed in
14  September 2002 -- no, 2002 I believe.  I am
15  not certain.
16       Q.   Am I understanding you to say
17  you have been the vice-president, treasurer
18  and secretary of Xethanol since its
19  formation?
20       A.   Yes, sir.
21       Q.   Are you an employee of Xethanol?
22       A.   I am sorry, I didn't understand
23  the question.
24       Q.   Yes, sir.
25            Are you an employee of Xethanol?
```

```
 1                FRANZ SKRYANZ
 2        A.    Yes, I am.
 3        Q.    And by that, do I fairly assume
 4   that you receive a regular paycheck from
 5   Xethanol?
 6        A.    Yes, I do.
 7        Q.    Have you ever heard of London
 8   Manhattan Limited, Inc.?
 9        A.    Yes, I have.
10        Q.    And what do you understand that
11   entity to be?
12        A.    It is a company that is owned by
13   Mr. Christopher Taylor.
14        Q.    Have you ever had any
15   involvement in the affairs of that entity?
16        A.    Only to the extent that I am a
17   signatory on the company's bank account as
18   a -- how shall I say, favor to Mr. Taylor, so
19   he or I can sign checks.
20        Q.    Have you ever received
21   compensation for your services from London
22   Manhattan Limited, Inc.?
23        A.    No, I have not.
24        Q.    What do you understand to be the
25   business function of London Manhattan
```

```
 1              FRANZ SKRYANZ
 2   Limited, Inc.?
 3        A.    I can speculate if you would
 4   like me to do that.
 5        Q.    Give me your best understanding.
 6        A.    It's an entity by which I
 7   believe Mr. Taylor runs his personal business
 8   affairs.
 9        Q.    To your knowledge, has London
10   Manhattan Limited, Inc. ever had any business
11   relationship with Xethanol?
12        A.    Yes, it had. Mr. Taylor
13   provided services, management services, to
14   Xethanol through London Manhattan Limited
15   until the beginning of 2006, when he became
16   an employee, rather than providing his
17   services through another outsider, through
18   London Manhattan Limited.
19        Q.    Sir, do you know John J.
20   Murphy?
21        A.    Yes, I do.
22        Q.    Have you ever met Mr. Murphy?
23        A.    Yes, I have.
24        Q.    Approximately how many times?
25        A.    I would say at least half a
```

```
 1              FRANZ SKRYANZ
 2   dozen times.
 3        Q.   When was the last time you spoke
 4   to Mr. Murphy?
 5        A.   The day before yesterday.
 6        Q.   What was the occasion for that
 7   communication?
 8        A.   Mr. Murphy was in Xethanol's
 9   offices for meetings and he stopped by my
10   office and said hello.
11        Q.   Where is that office located,
12   please?
13        A.   1185 Avenue of the Americas,
14   20th Floor, New York, New York 10036.
15        Q.   Does any other entity occupy
16   that suite of offices?
17        A.   Yes, there is another company,
18   which is called Metamorphic Global, Inc.
19        Q.   Are you aware of there being any
20   business relationship between Xethanol and
21   Metamorphic Global, Inc.?
22        A.   No, there is no business
23   relationships between the two companies.
24        Q.   You believe them to be totally
25   unrelated?
```