```
                FRANZ SKRYANZ
```

Q. Tell me what you said. I am trying to understand you.

A. The 750,000 shares were paid as listed on page 10 of Exhibit 39.

Q. Okay.

A. And 300,000 of those shares were subsequently reissued to the Rolls.

Q. Let me stop you.

The 750,000 shares that you are referring to were titled in the name of Thomas A. Thomas as trustee; correct?

A. Correct, they were then reissued according to the letter in Exhibit 2, dated May 22, 2002.

Q. To your knowledge, did the William C. Roll Trust or the Hope C. Roll ever pay any money to Xethanol for that stock?

A. No, they did not.

Q. To your knowledge, did the William C. Roll Trust or Hope Roll Trust ever pay any money to Mr. Murphy for that stock?

A. That I do not know.

Q. Was it your understanding or

FRANZ SKRYANZ

1
2   belief that Mr. or Mrs. Roll was supposed to
3   pay somebody for the 300,000 shares of stock
4   represented by stock certificates 69 and 70?
5           MR. ROTELLA:  Objection to the
6       form of the question.
7       A.   One would assume that if
8   Mr. Murphy has requested that shares be
9   issued to them, that he would expect some
10  sort of compensation for them.
11      Q.   The letter to Mr. Taylor dated
12  August 1, 2003 said that he received no
13  compensation for the stock issued to the Roll
14  entities; correct?
15      A.   Correct.
16      Q.   Do you know on what basis
17  Mr. Murphy would be entitled to receive any
18  compensation for that stock?
19      A.   No, I do not.
20      Q.   Relative to Mr. Murphy's request
21  of August 1, 2003, was that request carried
22  out?
23      A.   Yes, it was.
24      Q.   Who carried it out?
25      A.   Mr. Taylor and myself.

```
1              FRANZ SKRYANZ
2       Q.   And it was carried out in the
3  form of you issuing new stock certificates?
4       A.   Yes, sir.
5       Q.   And you carried it out by
6  issuing new stock certificate 110; correct?
7       A.   Yes, sir.
8       Q.   In the name of Patrick A. Raley,
9  Trustee?
10      A.   Correct.
11      Q.   In his letter dated August 1,
12 2003 Mr. Murphy asked you to cancel and
13 reissue the stock to Patrick A. Raley for the
14 benefit of the trust of John J. Murphy,
15 Junior; correct?
16      A.   Correct.
17      Q.   Did you do that?
18      A.   No.  Stock certificates were,
19 just issued in the name of Patrick A. Raley
20 Trustee.
21      Q.   Do you know how many trusts
22 Mr. Raley was serving as trustee of?
23      A.   No, sir.
24      Q.   Do you know that Mr. Raley was,
25 in fact, serving as trustee of the trust of
```

```
 1                FRANZ SKRYANZ
 2   Mr. John J. Murphy, Junior?
 3        A.   No, I don't think so, no.
 4        Q.   You did not know that?
 5        A.   No.
 6        Q.   Based on that letter of
 7   August 1, 2003, did you understand or believe
 8   that Mr. Raley was acting as trustee to
 9   benefit John J. Murphy, Junior?
10             MR. ROTELLA:  Objection to the
11        form of the question.
12        A.   Yes, sir.
13        Q.   To the extent that Mr. Raley was
14   the trustee of multiple trusts, did you have
15   any internal mechanism of tracking which
16   trust he was acting on behalf of at any given
17   time?
18        A.   No, sir.
19        Q.   Have you ever met Patrick A.
20   Raley?
21        A.   No, I have not.
22        Q.   Have you ever spoken to him?
23        A.   I believe I have spoken to him
24   on the telephone.
25        Q.   Sir, if you saw stock
```

```
 1              FRANZ SKRYANZ
 2   certificate number 110 and the name of
 3   Patrick A. Raley appearing on it, would you
 4   be able to tell which trust that stock is
 5   intended for?
 6        A.   No, not from looking at the
 7   stock certificate.
 8        Q.   Would you have any internal
 9   records that would enable you to determine
10   which trust that stock was intend for?
11        A.   No, sir.
12        Q.   Would that information be
13   contained in the hard copy ledger book?
14        A.   No, sir.
15        Q.   When is the last time that you
16   looked at the hard copy ledger book?
17        A.   After receiving your subpoena
18   and making all of the copies of the stock
19   certificates and record pages that were
20   supplied to you.
21        Q.   Did you make any specific
22   preparations for your deposition today, sir?
23        A.   No.
24        Q.   Are you aware that Mr. Taylor
25   was deposed on September 8th of 2006?
```

```
 1                FRANZ SKRYANZ
 2        A.   Yes, I am.
 3        Q.   Did you speak with him about his
 4   deposition?
 5        A.   Very briefly, yes.
 6        Q.   When did you do that, sir?
 7        A.   Would have been the day -- no,
 8   it could not have been the day after his
 9   deposition because it was a Friday.  So it
10   would have been on the following Monday.
11        Q.   Let's go back to Exhibit 39, if
12   we can.
13        A.   Yes.
14        Q.   I want to call your attention to
15   the 11th page of that document, the
16   attachments.
17        A.   Yes, I am looking at it.
18        Q.   My copy says "Xethanol
19   Corporation SB Checking Account Report as of
20   February 28, 2002."
21             Is that what you have in front
22   of you?
23        A.   Yes.
24        Q.   Where did you get that document?
25        A.   From Xethanol's accounting
```

```
 1                FRANZ SKRYANZ
 2   records.
 3        Q.   And are those accounting records
 4   computerized?
 5        A.   Yes, they are.
 6        Q.   Sir?
 7        A.   Yes.
 8        Q.   Are they computerized?
 9        A.   Yes, they are.
10        Q.   Did you download the page from a
11   computer?
12        A.   Yes, I did.
13        Q.   When did you do that?
14        A.   I'm sorry?
15        Q.   When did you do that?
16        A.   After receiving your subpoena.
17        Q.   On this page in the third and
18   fourth lines, there are some bold references
19   to transactions that occurred on February 6th
20   and February 8, 2002.
21             Do you see that?
22        A.   Yes, I do.
23        Q.   Who made those entries bold?
24        A.   I did.
25        Q.   When did you do that?
```

```
 1              FRANZ SKRYANZ
 2       A.    When I printed out this page to
 3  supply to you, so that it would point out the
 4  two payments that were received from
 5  Mr. Murphy.
 6       Q.    I am sorry, say that again.
 7       A.    They were put in bold so that
 8  would be easier for you to see the two
 9  payments received from Mr. Murphy.
10       Q.    You see the name column?
11       A.    Yes.
12       Q.    And on these two transactions
13  dated February 6th and February 8th, that
14  name line is blank; isn't it?
15       A.    Yes, it is.
16       Q.    Why is that blank, sir?
17       A.    Because that is the peculiarity
18  of the Quick Books program. If you don't put
19  a name in a specific place, it doesn't show
20  one.
21       Q.    Did you delete anything from
22  that?
23       A.    No, sir.
24       Q.    In the next section it says
25  "Memo" and the name John J. Murphy appears;
```

Case 6:04-ap-00154-KSJ  Doc 282-5  Filed 02/06/07  Page 9 of 10

Page 59

```
                    FRANZ SKRYANZ
```

1  
2   correct?  
3       A.   Yes.  
4       Q.   What do you understand that to  
5   mean or represent?  
6       A.   That those payments were  
7   originated by Mr. Murphy.  
8       Q.   The next column, it's entitled  
9   "Split." Do you see that?  
10      A.   Yes.  
11      Q.   What does the word "split" mean  
12  in the context of this document?  
13      A.   That the entry goes into more  
14  than one account.  
15      Q.   What accounts do these entries  
16  go into?  
17      A.   The common stock account and  
18  additional paid-in capital account.  
19      Q.   Why was that?  
20      A.   Because that is how the sale of  
21  stocks is recorded.  
22      Q.   That was in accordance with your  
23  customary practice?  
24      A.   Not just ours, those are  
25  generally accepted accounting principles.

LEGALINK, A MERRILL LEGAL SOLUTIONS
(800) 325-3376    www.Legalink.com

```
                FRANZ SKRYANZ
1
2       Q.   On the next page, sir, it says
3  "Deposit summary."
4            Do you see that?
5       A.   Yes.
6       Q.   On the next it has the date
7  August 11, 2006.  Do you see that?
8       A.   Yes.
9       Q.   Is that the date that you
10 printed this document?
11      A.   Yes.
12      Q.   Sorry?
13      A.   Yes, sir.
14      Q.   Tell me in general what this
15 page represents.
16      A.   This page represents the booking
17 of the receipt of wire transfer to pay for
18 150,000 shares, of which $150 went into the
19 common stock account and $14,850 when into
20 the additional paid-in capital account.
21           MR. PALMER:  Let's go off the
22      record.  The reporter seems to be
23      having a problem with her computer.
24           (Off the record.)
25      Q.   Mr. Skryanz, I want to go back
```