```
 1              FRANZ SKRYANZ
 2   to Exhibit 39.
 3        A.   Yes.
 4        Q.   And I want to turn your
 5   attention to the twelfth page of Exhibit A
 6   attached thereto.  I think we were talking
 7   about that page when we took a break.
 8        A.   Yes.
 9        Q.   I asked you about the reference
10   bank column 1002.
11             Do you see that?
12        A.   Yes.
13        Q.   What does that mean or
14   represent?
15        A.   That means account number 002
16   for the Smith Barney checking account.
17        Q.   What about that entry indicates
18   to you to say Smith Barney?
19        A.   Because that is the name of the
20   bank.
21        Q.   Is that the only bank where you
22   had an account?
23        A.   Yes.
24        Q.   I see the reference to SSB; is
25   that Salomon Smith Barney?
```

|    |              |                                              |
|----|--------------|----------------------------------------------|
| 1  |              | FRANZ SKRYANZ                                |
| 2  | A.           | Yes, Salomon Smith Barney, yes.              |
| 3  | Q.           | Let me turn your attention to               |
| 4  | the next page, which is number 13.                          |
| 5  | A.           | Yes, sir.                                    |
| 6  | Q.           | Can you tell me what that is,               |
| 7  | please?                                                      |
| 8  | A.           | I am sorry?                                  |
| 9  | Q.           | Describe to me what this page               |
| 10 | represents, please.                                          |
| 11 | A.           | This page represents the entry              |
| 12 | for the deposit of a wire transfer of $10,000               |
| 13 | from Mr. Murphy.                                             |
| 14 | Q.           | And what does it mean when you              |
| 15 | see the name John Murphy on this page, what                 |
| 16 | does it mean to you?                                         |
| 17 | A.           | Means that it was originated by             |
| 18 | Mr. Murphy.                                                  |
| 19 | Q.           | I want to turn to the next page,            |
| 20 | number 14, which is stock certificate number                |
| 21 | 40; correct?                                                 |
| 22 | A.           | Correct.                                     |
| 23 | Q.           | And tell me if that is your                 |
| 24 | signature on the lower left-hand corner under               |
| 25 | "Secretary."                                                 |

```
 1                FRANZ SKRYANZ
 2        A.   Yes, it is.
 3        Q.   Did you prepare this stock
 4   certificate?
 5        A.   As I mentioned earlier,
 6   Mr. Taylor and I prepared it from his
 7   computer.
 8        Q.   You both prepared it on the
 9   computer or just one of you?
10        A.   Well, I was sitting next to him.
11   He was the one who actually pushed the
12   buttons on the computer.
13        Q.   Is that his signature on the
14   right-hand side of the page?
15        A.   Yes, it is.
16        Q.   Who wrote the word "Cancel" on
17   this document?
18        A.   I did.
19        Q.   Is there a back side of this
20   stock certificate?
21        A.   I am sorry, what do you mean by
22   "back side"?
23        Q.   The imagine that you see on page
24   14 is the front side of the stock
25   certificate; correct?
```

|   |   |
|---|---|
| 1 | FRANZ SKRYANZ |
| 2 | A. Correct. |
| 3 | Q. Do you know what is on the |
| 4 | reverse side of this document? |
| 5 | A. Not offhand. |
| 6 | Q. Do you have the original |
| 7 | canceled stock certificate number 40 in your |
| 8 | records? |
| 9 | A. Yes, we do. |
| 10 | Q. And that is something that you |
| 11 | could get for me? |
| 12 | A. Yes, I can. |
| 13 | Q. Is that something that you |
| 14 | brought with you today? |
| 15 | A. No, it is not. |
| 16 | Q. Do you know off the top of your |
| 17 | head what appears on the back of Xethanol |
| 18 | Corporation stock certificates? |
| 19 | A. No, I cannot. |
| 20 | Q. Let me ask you to go forward to |
| 21 | page 19 of Exhibit 39. |
| 22 | Do you see that? |
| 23 | A. Yes, I do. |
| 24 | Q. Tell me what you understand that |
| 25 | to be. |

```
 1                FRANZ SKRYANZ
 2      A.    It's a notation that this stock
 3 certificate was canceled because it was sold
 4 to the F4 Group, LP.
 5      Q.    This document is dated
 6 December 12, 2003?
 7      A.    Yes.
 8      Q.    Is that your handwriting?
 9      A.    Yes, it is.
10      Q.    What do you call this document?
11      A.    This is a page of the stock
12 register which is directly behind the stock
13 certificate and on it is notated the
14 certificate number, number of shares and who
15 it is issued to.
16      Q.    Would you have such a document
17 for stock certificate number 40?
18      A.    Yes, we would.
19      Q.    Have you produced that to me?
20      A.    Yes, I can.
21      Q.    No, have you?  Have you given me
22 a copy of this page as it relates to stock
23 certificate number 40?
24      A.    No, I have not.
25      Q.    Is there a reason, sir, that you
```

```
 1              FRANZ SKRYANZ
 2   have not produced that to me?
 3        A.   I am sorry. Can you say that
 4   again?
 5        Q.   Is there a reason why you did
 6   not produce that page to me?
 7        A.   No particular reason, but I
 8   honestly don't see what specific purpose that
 9   would serve you if you have the canceled
10   stock certificate.
11        Q.   I am just curious why you gave
12   me these pages for other stock certificates,
13   but you did not give them to me for number
14   40?
15        A.   Because this page we do not have
16   the stock certificate as I do for stock
17   certificate number 40. For example, stock
18   certificate number 119, which is page 19, we
19   did not receive back the stock certificate
20   for cancellation.
21        Q.   Just to be clear, you do have
22   for stock certificate number 40 a document
23   that is very similar to page 19 of Exhibit
24   39?
25        A.   Yes.
```

```
 1              FRANZ SKRYANZ
 2      Q.   And that is something that you
 3   can produce to me?
 4      A.   Yes, I can.
 5           MR. SPIVEY:  Devin, can you let
 6      me know when to receive that?
 7           MR. PALMER:  Yes.
 8           MR. ROTELLA:  Devin, when you
 9      give copies to Mr. Spivey, can you
10      please be sure the copies made from
11      which you give him be provided to me
12      as well?  It is my understanding that
13      there may have been some exchanges I
14      was left out of.
15           MR. PALMER:  I can certainly
16      provide them to you, Ray.
17           MR. ROTELLA:  Thank you.
18      Q.   Mr. Skryanz?
19      A.   Yes, sir.
20      Q.   Do you have the corporate record
21   for Xethanol, the original canceled stock
22   certificate for stock certificate number 69?
23      A.   No.
24      Q.   Do you know where that document
25   is?
```

```
 1              FRANZ SKRYANZ
 2      A.   I do not know where it is.  We
    did not receive them back.
 4      Q.   You did not receive them back
    from whom?
 6      A.   From Mr. Murphy.
 7      Q.   Did you at any time ask
    Mr. Murphy to return it to you?
 9      A.   No, I did not.  Mr. Taylor may
    have, but I do not know.
11      Q.   Do you believe that Mr. Murphy
    at some point had the original stock
    certificate for stock certificate number 69?
14      A.   Yes, I do.
15      Q.   I am sorry?
16      A.   Yes, I do believe that he did.
17      Q.   Why, my question was, why do you
    believe that he did?
19      A.   Because after instructing us to
    reissue the 750,000 shares according to his
    letter to Mr. Taylor of, what was it,
    May 22nd, those stock certificates were left
    with Mr. Taylor for delivery to Mr. Murphy,
    which I said earlier, which makes me believe
    that he must have at some point had them.
```

```
                   FRANZ SKRYANZ
1
2        Q.   Do you have, sir, in your
3   corporate files a document like page number
4   19 for stock certificate number 69?
5        A.   I believe, yes, that we do.
6        Q.   Have you produced that to me?
7        A.   Yes.
8        Q.   Where is that, sir?  Are you
9   looking at for that?
10       A.   No, I don't have it here.
11       Q.   But my question was, did you
12  produce it to me?
13       A.   Did I produce it to you, no.
14       Q.   Is that something you could get
15  to me?
16       A.   Yes.
17            MR. SPIVEY:  Devin, is that
18       something you could get me?
19            MR. PALMER:  Well --
20       Q.   Let me ask you about certificate
21  70.  Do you have the original stock
22  certificate in your files?
23            MR. PALMER:  Mr. Spivey, can you
24       hold on for just a second?
25            MR. SPIVEY:  Of course.
```

```
                FRANZ SKRYANZ
1
2       A.    As a matter of fact, those pages
3  were produced to you.  You have them.
4       Q.    Can you direct me to them,
5  please?
6             MR. PALMER:  I believe
7       Mr. Skryanz is looking at the
8       production of documents that you
9       provided to me, that were used in
10      Mr. Taylor's earlier deposition.
11            MR. SPIVEY:  Do you have an
12      exhibit number or something that would
13      specify for me, please?
14            MR. PALMER:  This is the copy
15      that he brought with him.  I don't
16      know if you have that with you.
17            MR. GRAY:  What is the Bates
18      number you are looking at?
19            THE WITNESS:  (Indicating.)
20            MR. GRAY:  Bill, it says
21      Xethanol 0164 on the bottom of the
22      document that we are looking at, on
23      the bottom right-hand corner.  That
24      appears to be the Bates number that
25      was marked on that document.
```