1        FRANZ SKRYANZ

2     Q.     The document Bates stamped
3  Xethanol 0164 appears to relate to stock
4  certificate number 69?
5     A.     That is correct.
6     Q.     The prior page, I can't make out
7  the Bates number on that unfortunately. It
8  appears to relate to certificate number 40;
9  correct?
10    A.     Correct.
11           MR. SPIVEY: Let me ask you to
12       hand the witness Exhibit 40, please.
13           MR. GRAY: Sure.
14    Q.     Sir, do you have that in front
15 of you?
16    A.     Yes, I do.
17    Q.     This is a group of documents
18 that I will represent to you were produced to
19 me by the Rolls. I believe that Xethanol may
20 have produced them to the Rolls in that
21 litigation.
22           Did you have any involvement,
23 sir, in compiling or preparing this group of
24 exhibits for the Rolls litigation?
25    A.     No, I did not.

```
1              FRANZ SKRYANZ
2      Q.   Let's look at the second page of
3  Exhibit 37.
4      A.   Yes.
5      Q.   Do you see what that is?
6      A.   On top of the page is the
7  restriction Xethanol stock certificates and
8  on the bottom is a stock power signed by
9  Mr. Patrick Al.
10     Q.   Do you believe that that page is
11 in some way affixed to the front page of the
12 stock certificate?
13     A.   Is it the back side of the front
14 page?
15     Q.   I asked you earlier if you knew
16 what the back side looked like. You said you
17 were not sure.
18          Now that you see the second page
19 of Exhibit 37, does that refresh your
20 recollection?
21     A.   Yes, it does.
22     Q.   And to your knowledge, is that
23 what all of the back pages of the Xethanol
24 stock certificates look like?
25     A.   Yes, sir.
```

1        FRANZ SKRYANZ
2    Q.   When you issue stock
3    certificates, do you type anything on the
4    back page of the stock certificate?
5    A.   No, I wouldn't say it is typed,
6    but it is printed by a computer.
7    Q.   Let's look at the first two
8    pages of Exhibit 37.
9    A.   Yes, sir.
10   Q.   The first page appears to be
11   stock certificate number 72; correct?
12   A.   Correct.
13   Q.   Sir?
14   A.   Yes, correct.
15   Q.   And that is 275,000 shares of
16   stock issued to Thomas A. Thomas as trustee
17   on June 19, 2002; correct?
18   A.   Yes, sir.
19   Q.   And the next page in Exhibit 37,
20   do you understand that to be the back page of
21   stock certificate 72?
22   A.   Yes.
23   Q.   At the bottom of the second
24   page, do you see some typed-in material, I
25   know it's hard to read, but it says

```
 1              FRANZ SKRYANZ
 2   "Patrick"?
 3       A.    It says "Patrick A. Raley."
 4       Q.    Right.
 5       A.    "Successor," and then I can't
 6   read this any more.
 7       Q.    Did you or anybody at Xethanol
 8   type in the words "Patrick A. Raley"?
 9       A.    No, sir.
10       Q.    Sorry?
11       A.    I said no, sir.
12       Q.    When you issue the stock
13   certificate, that portion of the bottom side
14   of the second page is left blank; correct?
15       A.    Correct.
16       Q.    And anybody could type in there
17   anything they wished; correct?
18       A.    Correct.
19       Q.    At any time, sir, did Xethanol
20   Corporation receive any notifications
21   regarding the substitution of trustees of the
22   Julianne C. Murphy Revocable Trust?
23       A.    I do not believe so.  Not that I
24   have seen.
25       Q.    Have you ever seen any
```

1          FRANZ SKRYANZ
2    documentation whereby Xethanol was advised of
3    any changes in the trustee of the John J.
4    Murphy Trust?
5         A.    No, I do not believe so.
6         Q.    And I think you told me before
7    that you didn't have any internal way of
8    tracking which trust a trustee was acting on
9    behalf of at any given time; correct?
10        A.    Yes, I did say that.
11        Q.    So let's go back and look at the
12   first two pages of Exhibit 37.  Stock
13   certificate 72 was issued in the name of
14   Thomas A. Thomas, Trustee; correct?
15        A.    Yes.
16        Q.    And on the back of the second
17   page it appears to be signed Patrick A.
18   Raley; correct?
19        A.    Correct.
20             MR. ROTELLA:  Objection.  We do
21        not have a complete exhibit.  That is
22        a mischaracterization without us
23        having a complete exhibit.
24             Patrick A. Raley represented
25        himself, as I see the word,

```
 1            FRANZ SKRYANZ
 2       "successor," and it looks like the
 3       word "trustee" after that. I object
 4       to interrogating the witness on an
 5       incomplete document.
 6       Q.   Sir, do you have with you the
 7  complete or original documents?
 8       A.   No, I do not.
 9       Q.   I can only use the material that
10  has been provided to me.
11            Do you have any reason to doubt
12  that the second page of Exhibit 37 contains
13  the name Patrick A. Raley?
14            MR. ROTELLA: Objection to the
15       form of the question.
16       A.   It says "Patrick A. Raley,
17  successor," and then I believe it says
18  "trustee."
19       Q.   You could read that much of it?
20       A.   I can read that much of it.
21       Q.   What steps did you take to
22  confirm that Patrick A. Raley was, in fact,
23  the successor trustee of Thomas A. Thomas,
24  Trustee?
25       A.   I personally did not take any
```

```
 1                FRANZ SKRYANZ
 2   steps.
 3        Q.   Are you aware of anybody at
 4   Xethanol doing so?
 5        A.   No, I'm not.
 6        Q.   Are you aware, sir, of anything
 7   that would prevent Patrick A. Raley inserting
 8   on the back of a stock certificate a capacity
 9   that was not, in fact, true?
10             MR. ROTELLA:  Objection to the
11        form of the question.
12        A.   Could you repeat the question,
13   please?
14        Q.   Yes, sir.
15             Are you aware of there being any
16   policy or protocol in place that would
17   prevent Mr. Raley from inserting a capacity
18   on the second page of a stock certificate
19   that, in fact, was not accurate?
20             MR. ROTELLA:  Same objection.
21        A.   No, there is no form in place.
22        Q.   Sir, staying in Exhibit 37, I
23   would like you to turn to the page that is
24   Bates marked Xethanol 0167.
25        A.   Yes, I have it.
```

```
 1              FRANZ SKRYANZ
 2       Q.    Tell me when you are there, sir.
 3       A.    Yes, I have it in front of me.
 4       Q.    Actually, I misspoke.  I meant
 5  to call your attention to 0165.
 6       A.    Did you say 0165?
 7       Q.    0165.
 8       A.    Okay.
 9       Q.    Can you tell me what that is,
10  please?
11       A.    That is the page that is behind
12  stock certificate number 70, 150,000 shares,
13  that has been issued in the name of the Hope
14  C. Roll Trust.
15       Q.    And certificate number 70 was
16  canceled?
17       A.    Yes, sir, it was canceled.
18       Q.    And replaced by number 110?
19       A.    Yes, sir.
20       Q.    Look at the next page, 0166.
21       A.    Yes, sir.
22       Q.    Can you tell me what that page
23  means or represents?
24       A.    It represents the back page of
25  certificate number 71, for 50,000 shares
```

```
 1                FRANZ SKRYANZ
 2   issued in the name of Kenneth Murphy.
 3        Q.    And what happened to certificate
 4   number 71?
 5        A.    It is still out there and valid.
 6        Q.    In the name of Kenneth Murphy?
 7        A.    Yes.
 8        Q.    These 50,000 shares came from
 9   the original 750,000 shares represented by
10   stock certificate number 40; correct?
11        A.    Yes, sir.
12        Q.    Do you know if there was a
13   transaction between Thomas A. Thomas as
14   trustee and Kenneth Murphy that resulted in
15   these 50,000 shares being issued to Kenneth
16   Murphy?
17        A.    I do not know who Kenneth Murphy
18   is.
19        Q.    Explain to me how 50,000 shares
20   came to be titled in the name of Kenneth
21   Murphy.
22        A.    Repeat the question.
23        Q.    Explain to me, if you can, why
24   50,000 shares of Xethanol stock came to be
25   titled in the name of Kenneth Murphy.
```

| | |
|---|---|
| 1 | FRANZ SKRYANZ |
| 2 | A. Pursuant to a letter from |
| 3 | Mr. Murphy to Mr. Taylor dated May 22, 2002. |
| 4 | Q. Which is part of Exhibit 2 that |
| 5 | we already looked at? |
| 6 | A. Yes, sir. |
| 7 | Q. Sir, what is your present e-mail |
| 8 | address? |
| 9 | A. My present e-mail address? |
| 10 | Q. Yes. |
| 11 | A. KATHSKR@aol.com. |
| 12 | Q. I don't know if Mr. Rotella |
| 13 | heard that because I didn't hear it either. |
| 14 | A. KATHSKR@aol.com. |
| 15 | Q. How long has that been your |
| 16 | e-mail address, sir? |
| 17 | A. Ever since the account was |
| 18 | established, which I don't quite remember |
| 19 | when it was. |
| 20 | Q. Have you had any other e-mail |
| 21 | addresses that you have used in the past |
| 22 | three or four years? |
| 23 | A. No, sir. |
| 24 | MR. SPIVEY: Matt, let me ask |
| 25 | you to hand the witness Exhibit 22, |