```
 1              FRANZ SKRYANZ
 2      please.
 3      A.    Yes, I have it.
 4      Q.    Can you tell me what this
 5   represents, please?
 6      A.    Represents a stock certificate
 7   of Xethanol Corporation.
 8      Q.    And to whom is it issued?
 9      A.    To Julianne C. Murphy Revocable
10   Trust, dated November something or other,
11   Patrick A. Raley, Trustee.
12      Q.    Are you familiar with the
13   transaction that gave rise to the issuance of
14   this stock certificate?
15      A.    No, I cannot. This was done by
16   the company's transfer agent after the
17   company went public.
18      Q.    The face of this stock
19   certificate has the name Julianne C. Murphy
20   Revocable Trust, dated November something. I
21   can't read the rest of it, Patrick A. Raley
22   as trustee.
23            Do you see that?
24      A.    Yes, sir.
25      Q.    Can you explain why stock
```

|  |  |
|---|---|
| 1 | FRANZ SKRYANZ |
| 2 | certificate number 40 did not contain that |
| 3 | degree of particularity? |
| 4 | A.   No, I cannot. |
| 5 | Q.   Can you explain why stock |
| 6 | certificates number 72, 73 or 87 did not |
| 7 | contain that degree of particularity? |
| 8 | A.   No, I cannot. |
| 9 | Q.   Can you explain why stock |
| 10 | certificates 110, 119, 120, 121, 122 and 123 |
| 11 | and 124 did not contain that degree of |
| 12 | particularity? |
| 13 | A.   No, I cannot. |
| 14 | Q.   What about stock certificates |
| 15 | 124, 183? |
| 16 | A.   No, I cannot. |
| 17 | MR. SPIVEY:  Matt, let me ask |
| 18 | you to hand the witness Exhibit 6, |
| 19 | please. |
| 20 | A.   Yes, I have it in front of me. |
| 21 | Q.   Have you ever seen this document |
| 22 | before? |
| 23 | A.   I may have, but I'm not sure. |
| 24 | Q.   Do you recognize the e-mail |
| 25 | addressed of LondonManhattan@aol.com? |

```
 1              FRANZ SKRYANZ
 2      A.    I don't see that.
 3      Q.    Do you see the --
 4      A.    I see it, yes.  I do recognize
 5   it.
 6      Q.    Do you know whose e-mail address
 7   that is?
 8      A.    It's London Manhattan Limited,
 9   Inc.'s e-mail address.
10      Q.    Do you know who received e-mail
11   at that address?
12      A.    Mr. Taylor.
13      Q.    Have you ever received e-mail at
14   that address?
15      A.    Not me personally, no.
16            MR. SPIVEY:  Matt, I ask you to
17      hand the witness Exhibit 23, please.
18      A.    Yes, I have it in front of me.
19      Q.    You have that, sir?
20      A.    Yes, I have it in front of me.
21      Q.    Can you tell me what Exhibit
22   Number 23 is or represents?
23      A.    No, I cannot because I did not
24   prepare this.
25      Q.    Do you know who did prepare it?
```

```
1                FRANZ SKRYANZ
2        A.    I assume it was prepared by
3  Mr. Taylor.
4        Q.    Why do you assume that?
5        A.    Because at that time there was
6  only Mr. Taylor and myself in Xethanol.
7        Q.    What time are you referring to?
8        A.    2001, 2002.
9        Q.    What about Exhibit 23 draws you
10 to that time frame?
11       A.    Because I see that on top it
12 lists a number of shares, which were a number
13 of shares prior to the reverse stock split
14 and had original investors in it, which would
15 put it in that time frame.
16       Q.    Do you see halfway down the page
17 there is reference to the Murphy Trusts,
18 plural?
19       A.    Yes, I see that.
20       Q.    Do you see the reference to
21 150,000 shares?
22       A.    Yes.
23       Q.    Do you understand what that
24 represents?
25             MR. ROTELLA:  Objection to the
```

```
                    FRANZ SKRYANZ
 1
 2      form of the question.
 3      A.    I must assume that it represents
 4  the 750,000 shares that were eventually
 5  acquired by the Murphy Trust.
 6      Q.    Do you know if there was more
 7  than one Murphy Trust that owns stock in
 8  Xethanol?
 9      A.    Other than the 750,000 you mean?
10      Q.    At any time.
11      A.    No, I don't know of any other.
12      Q.    Down at the bottom of the page
13  you see another reference to Murphy Trusts,
14  plural?
15      A.    I do.
16      Q.    There is a reference to
17  $200,000?
18      A.    I see that.
19      Q.    Do you have any understanding
20  what that represents?
21      A.    No, I do not.
22      Q.    Do you know why -- do you regard
23  this Exhibit 23 as a corporate document?
24      A.    I am sorry?
25      Q.    Do you regard this 23 as a
```

1          FRANZ SKRYANZ

2    corporate document?

3          MR. PALMER: Objection to the

4      form.

5      A.    No, I do not.

6      Q.    What do you refer to it as?

7          MR. PALMER: Objection to the

8      form.

9      A.    A document prepared by

10   Mr. Taylor for whatever reason he sought to

11   prepare it.

12     Q.    Do you know why he would use the

13   words Murphy Trusts, plural, on two separate

14   occasions if there was only one Murphy Trust?

15         MR. ROTELLA: Objection to the

16     form of the question.

17     A.    No, I would not, since I don't

18   know why this document was prepared or what

19   it's purpose was. No, I do not know.

20         MR. SPIVEY: Matt, let me ask

21     you to hand the witness Exhibit Number

22     24.

23     Q.    Do you have that, sir?

24     A.    Yes, I have that.

25     Q.    Can you tell me what Exhibit

```
1                FRANZ SKRYANZ
2    Number 24 represents?
3         A.   It represents the company stock
4    ledger before going public.
5         Q.   And this is a larger version of
6    the document that is attached as the last
7    page of Exhibit 2?
8         A.   That is correct.
9         Q.   Did you prepare the last page of
10   Exhibit 2 specifically for Xethanol's
11   response in this litigation?
12        A.   Yes, I did, sir.
13        Q.   Exhibit 24, was it prepared for
14   any specific litigations?
15        A.   No.
16        Q.   Did you prepare Exhibit 24?
17        A.   No, I did not. Anybody could
18   have printed it off the computer. Well, not
19   anybody, but anybody in the office.
20        Q.   Exhibit 24 is something that
21   exists in the corporate records of Xethanol?
22        A.   Yes, it does.
23        Q.   Did you create the documents?
24        A.   Yes, I did.
25        Q.   Relative to Exhibit 24, I want
```

```
1                FRANZ SKRYANZ
2   to call your attention to the page that is
3   marked 005/015 on the right-hand corner.
4           Do you see that?
5      A.   Yes, I have it.
6      Q.   I want to call your attention to
7   stock certificate number 148.
8      A.   Yes, sir.
9      Q.   Tell me what you understand that
10  entry to mean.
11     A.   That this certificate was issued
12  to Therese Roos, dated August 3, 2004, for
13  50,000 shares, and it replaces part of
14  certificate 110.
15     Q.   Are you aware of Patrick A.
16  Raley as trustee selling stock to Therese
17  Roos on or about August 3, 2004?
18     A.   Yes, sir, I am.
19     Q.   And what quantity of stock was
20  sold in that transaction?
21     A.   100,000 shares, 50,000 to
22  Therese Roos and 50,000 to Scott Smith.
23     Q.   Does Mr. Smith's name appear on
24  stock certificate 159?
25     A.   Yes.
```

```
1                FRANZ SKRYANZ
2       Q.    Are Ms. Roos and Mr. Smith
3   related or connected in some way?
4       A.    Yes, they are.
5       Q.    How are they related or
6   connected?
7       A.    Connected.
8       Q.    Boyfriend, girlfriend?
9       A.    Yes, I am sorry.  Yes, that is
10  my understanding.
11      Q.    Any other connection that you
12  are aware of?
13      A.    None that I know of, no.
14      Q.    On to Exhibit 164.  Do you see
15  that?
16      A.    Yes, I do.
17      Q.    Tell me what you interpret that
18  to mean.
19      A.    That means certificate 164 was
20  issued to Jasmine Consulting, Inc., dated
21  September 23, 2004, replaces part of
22  certificate 110.
23      Q.    What is Jasmine Consulting,
24  Inc., if you know?
25      A.    Jasmine Consulting, Inc. is an
```

```
 1              FRANZ SKRYANZ
 2   entity that is owned by Scott Smith.
 3        Q.   Are you aware of there being a
 4   transaction between Patrick A. Raley and
 5   Jasmine Consulting, Inc.?
 6        A.   Yes.
 7        Q.   What transaction are you aware
 8   of?
 9        A.   Stock was sold, 100,000 shares,
10   which were split up in the way that is shown
11   in certificates 164, 165 and 166.
12        Q.   With Patrick A. Raley as
13   trustee, sold 100,000 shares and were divided
14   25, 25 and 50 between Jasmine Consulting,
15   Therese Roos and Scott Smith?
16        A.   Yes, sir.
17        Q.   Take a look at entry number 183.
18             What do you understand that to
19   be, please?
20        A.   183, yes. That certificate 183
21   was issued to Patrick A. Raley, dated
22   September 12, 2003, for 100,000 shares, and
23   that replaces part certificate 110.
24        Q.   What do you understand that to
25   mean or represent?
```