```
 1              FRANZ SKRYANZ
 2      A.    It represents the balance of
 3   certificate number 110 that had not been
 4   sold.
 5      Q.    Do you know why it was reissued,
 6   you titled them that way?
 7      A.    Yes, sir.
 8      Q.    Why?  I'm sorry?
 9      A.    I said yes, sir.
10      Q.    My question was why?
11            MR. PALMER:  Why.
12      A.    I am sorry.  I don't understand
13   the question.
14      Q.    Why were 100,000 shares of stock
15   reissued or retitled to Patrick A. Raley as
16   trustee on or about September 12, 2003?
17      A.    Because 200,000 shares of
18   certificate number 110 had been sold.  That
19   left 100,000 behind, which had to be reissued
20   in the name of Patrick A. Raley.
21      Q.    You said had to be.  Why
22   couldn't it have remained in the prior form?
23      A.    Again, I did not understand the
24   question.
25      Q.    Stock certificate 110 had been
```

1       FRANZ SKRYANZ
2  broken down into a number of transactions;
3  correct?
4       A.   Number 110 was for 300,000
5  shares, of which 200,000 were sold in two
6  separate transactions.
7       Q.   Right.
8       A.   Which left 100,000 behind, which
9  had to be reissued in the name of Patrick A.
10 Raley.
11      Q.   That wasn't my question, sir.
12           100,000 left, why did they have
13 to be reissued in his name if they were in
14 his name?
15      A.   110 was in the name of Patrick
16 A. Raley.
17      Q.   If it was already in Patrick A.
18 Raley's name, why was it reissued under
19 Patrick A. Raley's name under certificate
20 183?
21      A.   Because the original certificate
22 110 was for 300,000 shares, of which 200,000
23 were sold, which left 100,000 which had to be
24 reissued.
25      Q.   Mr. Skryanz, were the 100,000

```
 1            FRANZ SKRYANZ
 2   shares represented by stock certificate 183
 3   ultimately sold or transferred to other
 4   parties?
 5        A.   They were subsequently sold,
 6   yes.
 7        Q.   When did that occur, sir?
 8        A.   I'm sorry?
 9        Q.   When did that occur?
10        A.   That occurred in December 2004.
11        Q.   Would those transactions be
12   reflected by stock certificates 188, 189,
13   190?
14        A.   Yes, sir.
15        Q.   Were you involved in any of
16   those transfers?
17             MR. PALMER:  Objection to the
18        form.
19        A.   In issuing the certificates.
20             MR. SPIVEY:  Matt, let me ask
21        you to hand Mr. Skryanz, Exhibit 27,
22        please.
23        Q.   Do you have that, sir?
24        A.   Yes, I have it.
25        Q.   What do you recognize that to
```

```
 1            FRANZ SKRYANZ
 2   be?
 3        A.    It's a letter addressed to me,
 4   dated January 13, 2004, from Julianne C.
 5   Murphy.
 6        Q.    You see the third paragraph of
 7   the letter, the bottom of the first page?
 8        A.    Yes, I do.
 9        Q.    It says Xethanol offered to sell
10   750,000 shares to the Julianne C. Murphy
11   Revocable Trust in exchange of payment of
12   $50,000.
13              Do you believe that to be a
14   correct statement?
15        A.    I would say it is not.
16        Q.    The next sentence says that sum
17   was, indeed, paid from that account in
18   exchange for 750,000 shares that were issued
19   to the Julianne C. Murphy Revocable Trust.
20              Do you believe that to be an
21   accurate statement?
22        A.    No, I would say it is not.
23        Q.    Did you do anything upon
24   receiving Exhibit 27?
25        A.    Not that I recall, no.
```

```
 1              FRANZ SKRYANZ
 2      Q.   Do you know why Mrs. Murphy was
 3  sending you a letter on January 15, 2004?
 4      A.   No, I do not recall.  I believe
 5  it may have been to explain and put on paper
 6  this 150 -- I'm sorry, $175,000 bank loan
 7  transaction.
 8      Q.   Was there some issue surrounding
 9  that transaction?
10      A.   There was an issue that was
11  raised by Xethanol's auditors, if I remember
12  correctly.
13           MR. SPIVEY:  Let me ask you to
14       hand to the witness Exhibit 29,
15       please.
16      A.   Yes, I have it.
17      Q.   Have you ever seen Exhibit 29
18  before?
19      A.   Yes, I have.
20      Q.   What do you understand
21  Exhibit 29 to be?
22      A.   It's a letter from Xethanol's
23  auditors at the time to Mr. Taylor, referring
24  to that $175,000 bank loan transaction.  And
25  requesting some sort of opinion that this
```

```
 1              FRANZ SKRYANZ
 2   transaction did not violate any federal or
 3   state laws.
 4      Q.   Did your auditors have some
 5   concerns that the transaction violated
 6   federal or state law?
 7           MR. PALMER:  Objection.
 8      A.   They must have since they
 9   requested this.
10      Q.   Do you know whether or not
11   Exhibit 29 was signed and sent by the
12   auditors?
13      A.   Yes, I do.
14      Q.   And was it, in fact, signed and
15   sent?
16      A.   Was it signed?  This copy was
17   not signed, but it was sent, being that I
18   received a copy myself.
19      Q.   Do you know whether there is a
20   signed copy of Exhibit 29?
21      A.   No, I don't.  Not offhand, no.
22           MR. SPIVEY:  Matt, hand the
23      witness Exhibit 31, please.
24      Q.   Do you have it?
25           MR. GRAY:  One second.
```

```
 1                FRANZ SKRYANZ
 2        Q.   Do you have it?
 3        A.   Yes, I have it.
 4        Q.   Can you tell me what this is,
 5   please?
 6        A.   It is a printout of a particular
 7   account in Xethanol's accounting system in a
 8   linear account for common stock.
 9        Q.   The upper left-hand corner, I
10   see the numbers and words saying "6:04 p.m.,
11   11-28-05, accrual basis."
12             Do you see that?
13        A.   Yes, I do.
14        Q.   What does that date represent to
15   you, 11-28-05?
16        A.   That means when it was printed
17   out.
18        Q.   Did you input the information
19   that appears on this report?
20        A.   Yes, I did.
21        Q.   Tell me what each of the columns
22   represents on Exhibit 31.
23        A.   First column, that says "Type,"
24   represents what the type of transaction.  The
25   date I guess is self-evident.  The number
```

```
 1              FRANZ SKRYANZ
 2    represents a number assigned to the
 3    transaction, if there was one.
 4         Q.   Let me ask you about that.
 5              What do those numbers and
 6    letters mean?  I see JE 12/05.
 7         A.   It means journal entry number 5
 8    in December.
 9         Q.   How about the letters AJE 5?
10         A.   Adjusting journal entry 5.
11         Q.   What do you mean by an adjusting
12    journal entry?
13         A.   Those are journal entries
14    usually proposed by the auditors.
15         Q.   I am sorry, I didn't hear you.
16         A.   Those adjusting journal entries
17    are usually proposed by the auditors in the
18    course of an audit.
19         Q.   What does the "Name" column
20    represent?
21         A.   It represents the name of either
22    the -- in the case of a deposit, of the
23    depositor, or if it's the case of issuance of
24    stock, who the stock is issued to.
25         Q.   Did you put the names in those
```

Case 6:04-ap-00154-KSJ   Doc 282-9   Filed 02/06/07   Page 9 of 10

Page 99

```
                FRANZ SKRYANZ
```

1       FRANZ SKRYANZ

2   columns, in that column?

3       A.   Yes, I did.

4       Q.   Do you see John Murphy's name

5   that appears in four separate places?

6       A.   Yes, I do.

7       Q.   Why did you insert John Murphy's

8   name on those four place?

9       A.   Because that was the simplest

10  way to identify all of those transactions.

11      Q.   You regarded the transactions as

12  having a connection with John Murphy?

13      A.   Yes, sir.

14      Q.   Tell me what the next column, it

15  says "Memo," what does that mean?

16      A.   Actually it means what it says.

17  Mr. Brownstein, for example, bought 250,000

18  shares.

19      Q.   How about Mr. Murphy, what is

20  meant next to his name?

21      A.   750,000 shares. And then in the

22  next column it says "Account number 1110,

23  accounts receivable from shareholders,"

24  because at that point he hadn't paid for his

25  shares.

LEGALINK, A MERRILL LEGAL SOLUTIONS
(800) 325-3376      www.Legalink.com

```
 1                FRANZ SKRYANZ
 2        Q.   What is account number 1110?
 3        A.   I am sorry?
 4        Q.   I see a numeric representation
 5   there saying 1110; what does that number
 6   sequence represent?
 7        A.   It just means it's account
 8   number 1110, which is entitled "Accounts
 9   receivable from shareholders," according to
10   the charter of accounts of the company.
11        Q.   Do you have another report that
12   would reflect which shareholders owed money
13   to the company?
14        A.   No.
15        Q.   But you have a category
16   apparently that says accounts receivable from
17   shareholders; right?
18        A.   Account number 1110 would show
19   shareholders that owe money to the company
20   for shares that had not been paid for yet.
21        Q.   Are you aware of there being any
22   other transactions that would show up on that
23   category?
24        A.   I cannot think of any off the
25   top of my head.
```