|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   | FRANZ SKRYANZ                                                   |
| 2   | Q.   As you sit here today, the only                            |
| 3   | one you are aware of would be the one                           |
| 4   | referenced here for 750,000 shares, by John                     |
| 5   | Murphy?                                                         |
| 6   | A.   There may be others, but off the                           |
| 7   | top of my head I can't remember.                                |
| 8   | Q.   What about the column "Amount,"                            |
| 9   | what does that represent?                                       |
| 10  | A.   That represents dollars.                                   |
| 11  | Q.   Dollars that were actually                                 |
| 12  | deposited somewhere?                                            |
| 13  | A.   Yes.                                                       |
| 14  | Q.   Where were those 750,000                                   |
| 15  | deposited?                                                      |
| 16  | A.   It is a receivable, it's not                               |
| 17  | dollars.  It was supposed to be paid.  Only                     |
| 18  | on the left-most column, where it says,                         |
| 19  | "Deposited," was there actually money coming                    |
| 20  | into Xethanol's account.                                        |
| 21  | Q.   Let's go down to the                                       |
| 22  | transactions on February 6th and February 8,                    |
| 23  | 2002.                                                           |
| 24  |      Do you see those?                                          |
| 25  | A.   Yes.                                                       |

```
 1              FRANZ SKRYANZ
 2       Q.   Do you see Mr. Murphy's name by
 3  both of them?
 4       A.   Yes.
 5       Q.   And they are described as
 6  deposit?
 7       A.   Yes.
 8       Q.   What do you understand that to
 9  mean?
10       A.   It means money was received from
11  Mr. Murphy which was allocated in the first
12  case to 150,000 shares because it was
13  $15,000, and 200,000 shares in the second
14  case because it was $10,000.
15       Q.   Look under the entry dated
16  May 2, 2002.
17            Do you see that one?
18       A.   Yes, I do.
19       Q.   Why is that reflected under the
20  general journal?
21       A.   Because it was a journal entry,
22  journal entry 5-03.
23       Q.   What does that mean?
24       A.   That just has to do with
25  accounting practices.
```

```
 1                FRANZ SKRYANZ
 2      Q.    Why was that treated as a
 3 deposit like the transactions on 2-6 and 2-8.
 4      A.    Because the deposit was recorded
 5 in a different account.
 6      Q.    Why is that, sir?
 7      A.    It was recorded in what is shown
 8 here as 2890, the exchange account.  Offhand,
 9 I can't tell you why.
10      Q.    What is the exchange account?
11      A.    That is where entries are put if
12 we don't know what to do with them.
13      Q.    And you did not know what to do
14 with this transaction that occurred on May 2,
15 2002?
16      A.    At the time, which refers to the
17 $175,000 loan.  So until that was clarified,
18 that is where the entry went.
19      Q.    Was the entry ever changed at a
20 subsequent time?
21      A.    Yes, right at this time here.
22      Q.    What time here?
23      A.    Well, it was reflected on 5-2.
24 But the entry was made -- I don't know when
25 the entry was made.  When it was taken out of
```

```
                 FRANZ SKRYANZ
 1
 2   the exchange account and put into account
 3   number 3010 and 3030.
 4       Q.   Where do you see a reference to
 5   3010 and 3030?
 6       A.   If you look on the upper
 7   left-hand side, it says first there 3000
 8   equity and then underneath it says 30110
 9   common stock.
10       Q.   I thought you said something
11   about 3030?
12       A.   Yes, that is a different account
13   and that is also Exhibit 31.
14       Q.   I don't see that on my copy.
15   Help me out.
16       A.   It's a separate page. It says
17   Exhibit 31, 9-8-06. Same as on this page.
18       Q.   Are you on Exhibit 32?
19       A.   No, I'm sorry. You must have
20   another exhibit that would show account 3030.
21       Q.   Let's stay focused on
22   Exhibit 31. Is that the one you have in
23   front of you?
24       A.   Yes.
25       Q.   It's a one-page document?
```

1      FRANZ SKRYANZ
2      A.   Yes.
3      Q.   Why do you have John Murphy's
4  name on the transaction for May 2, 2002?
5      A.   For the same reason it is on the
6  transactions for February 6th and 8th, for
7  identification purposes.
8      Q.   Did you refer to John Murphy as
9  the person that paid you for those stocks,
10 those shares?
11         MR. ROTELLA:   Objection to the
12     form.
13     A.   Objection.
14     Q.   Did you, as a secretary and
15 treasurer of the company, regard Mr. Murphy
16 as the person making the payment for the
17 stock to Xethanol?
18         MR. ROTELLA:   Objection to the
19     form of the question.
20     A.   I can see that the money gets
21 paid for the stock, yes
22     Q.   Let's go now to Exhibit 32.
23         MR. SPIVEY:   Matt, if you would
24     hand that to the witness.
25     A.   Yes, that is the page that I

```
 1              FRANZ SKRYANZ
 2  referred to.
 3        Q.    Do you have Exhibit 32 in front
 4  of you?
 5        A.    Yes, I do.
 6        Q.    Tell me what that exhibit is.
 7        A.    That is an account 3030, which
 8  is called "Additional paid-in capital." Can
 9  I explain to you how this works
10  accounting-wise?
11              When someone buys stock or stock
12  is issued, it affects two accounts, common
13  stock and additional paid-in capital.
14              The reason being in the common
15  stock account only the par value of the
16  shares gets recorded. Anything paid above
17  the par value gets recorded in additional
18  paid-in capital.
19              Now the par value of Xethanol
20  common stock is point 001. So anybody who
21  pays anything more than that, the amount over
22  001 gets recorded in additional paid-in
23  capital. I don't know. Did I make myself
24  clear?
25        Q.    Yes, you did, sir. Thank you.
```

```
 1              FRANZ SKRYANZ
 2              Did you input the material that
 3    appears on Exhibit 32?
 4         A.   Yes, I did.
 5         Q.   And you are the person who
 6    inserted the references to John Murphy?
 7         A.   Yes, I did.
 8         Q.   Did you insert the references to
 9    John Murphy for the same reason that you
10    inserted Mr. Murphy's name on Exhibit 31?
11         A.   Yes, I did.
12         Q.   On Exhibit 32, the memo section,
13    I see on the front of the page you have
14    Mr. Murphy's name listed twice.
15              Do you see that?
16         A.   Yes, I see that.
17         Q.   Why does his name appear there
18    under the memo section?
19         A.   I do not recall why that should
20    be.
21         Q.   Let me ask Matt to hand you
22    Exhibit 33.
23              MR. SPIVEY:  Matt, would you do
24         that, please.
25         Q.   Let me know when you have that,
```

```
 1              FRANZ SKRYANZ
 2   sir.
 3        A.    Yes, I do.  I have that.
 4        Q.    Tell me what Exhibit 33
 5   represents.
 6        A.    This represents the use, or
 7   let's say use of the $175,000 loan, which
 8   actually turned out to be $173,575 after the
 9   bank deducted its various charges.
10        Q.    Is there a reason, sir, that you
11   prepared this summary?
12              MR. PALMER:  Objection to the
13        form.
14        A.    I am sure there was, but I do
15   not remember what it might have been.  It
16   might have been just to show on one page what
17   happened.
18        Q.    Did you enter the information
19   that appears on Exhibit 33?
20        A.    Yes, I did.
21        Q.    I want to call your attention to
22   the note on the far right-hand side.
23        A.    Yes.
24        Q.    And I assume that note
25   correlates to the note on the bottom of the
```

1          FRANZ SKRYANZ

2     page?

3          A.   Yes.

4          Q.   That note says this amount remaining/paid to Xethanol of this 50,000 was applied to John Murphy's purchase of 750,000 Xethanol shares.  25,000 was received previously and the balance of 875 covered part of a $2,054.86 loan interest charged to the account; correct?

11         A.   Correct.

12         Q.   You typed that; right?

13         A.   Yes.

14         Q.   Why did you reference John Murphy's purchase of 750,000 Xethanol shares?

16         A.   Why did I reference John Murphy, for information purposes, that that is who it related to.

19         Q.   You recognize John Murphy as the person who purchased those shares?

21         A.   No, not in that sense.

22         Q.   In what sense?

23         A.   Not in a legal sense.

24         Q.   In what sense were you using his name in this note?

```
 1                   FRANZ SKRYANZ
 2           A.    Because it is a lot shorter than
 3   the Julianne C. Murphy Revocable Trust, et
 4   cetera, et cetera.
 5           Q.    Other than Exhibit 32, have you
 6   seen other documents in the form of stock
 7   certificates that reference the name Julianne
 8   C. Murphy Trust?
 9           A.    No, there aren't any.
10           Q.    And Exhibit 32 was prepared by
11   the stock transfer agent after the company
12   went public; correct?
13           A.    Yes, sir.
14           Q.    During the time you were in
15   charge of issuing, replacing stock
16   certificates, on none of the documents did
17   you use the name Julianne C. Murphy Revocable
18   Trust; correct?
19           A.    Right.
20           Q.    On this note you use a reference
21   to John Murphy, we are talking about the
22   purchase of 750,000 shares; right?
23           A.    Yes.
24           Q.    Did you share Exhibit Number 33
25   with any auditors?
```