```
 1              FRANZ SKRYANZ
 2      A.    I am sorry, did I do what?
 3      Q.    Did you share it with auditors?
 4      A.    Not that I know of, no.
 5      Q.    Did you share it with any
 6  regulators?
 7      A.    Did you say regulators?
 8      Q.    Yes, sir.
 9      A.    No.
10      Q.    Do you regard John Murphy as a
11  friend?
12      A.    No, I do not.
13      Q.    Do you regard him with any ill
14  will?
15      A.    No, sir.
16      Q.    Do you have any opinions about
17  his character?
18      A.    I do not know Mr. Murphy well
19  enough to have been able to form an opinion.
20      Q.    Have you, sir, been deposed in
21  the Roll litigation?
22      A.    Yes, I have.
23      Q.    When did that take place, your
24  deposition?
25      A.    I don't recall offhand.
```

1                    FRANZ SKRYANZ

2        Q.    Was it in the year 2006?

3        A.    Yes.  Probably two months ago,

4   but I am not sure.

5        Q.    Where did that deposition take

6   place, sir?

7        A.    New York City.

8        Q.    Were you represented by counsel?

9        A.    Yes, I was.

10        Q.    Who represented you in your

11   deposition?

12        A.    It was someone from the law firm

13   of Hostetler, but I don't recall his name.

14        Q.    Sir, would you give me some

15   insight on your educational background,

16   please.

17        A.    Yes.  I went to business school

18   in Vienna, Austria.  I also attended

19   Cambridge University and the University of

20   Valencia, Spain, as an exchange student.

21        Q.    Do you have hold any degrees,

22   sir?

23        A.    Yes, I have a master's degree in

24   business administration.

25        Q.    When did you receive your

```
 1              FRANZ SKRYANZ
 2  master's degree?
 3       A.    1960.
 4       Q.    You have a bachelor's degree?
 5       A.    Yes.
 6       Q.    When did you receive your
 7  bachelor's degree?
 8       A.    In 1956.
 9       Q.    In which institution did you
10  receive that?
11       A.    Real Gymnasium.
12       Q.    Do you hold any professional
13  licenses, sir?
14       A.    What do you mean by
15  "professional licenses," sir?
16       Q.    Have you ever been a certified
17  public accountant?
18       A.    No.
19       Q.    Do you practice accountancy?
20       A.    Can you repeat that question?
21       Q.    Have you ever worked as an
22  accountant?
23       A.    No.
24             MR. SPIVEY:  That is all I have,
25       sir.  I appreciate your cooperation
```

1          FRANZ SKRYANZ
2     today.
3          THE WITNESS:  My pleasure.
4          MR. ROTELLA:  Ray Rotella.  I
5     have no questions.
6          MR. SPIVEY:  Do you want to read
7     or waive?
8          MR. PALMER:  I have no
9     questions.
10          You asked for the back page of
11     certificates 40 and 69 and then we
12     located those in your documents.
13          MR. SPIVEY:  Yes, you don't have
14     to supply those.
15          MR. ROTELLA:  Wait a second.
16     Those are the ones that are cut off
17     and I would like to see the other
18     side.
19          MR. SPIVEY:  Can you get us
20     legible copies of the --
21          MR. PALMER:  Of 40 and 69?
22          MR. SPIVEY:  I think we would
23     like both of those, frankly.  As far
24     as Exhibit 37 --
25          MR. PALMER:  Hold on one second.

1          FRANZ SKRYANZ

2     37, as in all of the stock certificates?

3          MR. SPIVEY:  Yes.  I think if we

4     have legible copies of the front and

5     back of those particular stock

6     certificates, those would be very

7     helpful.

8          (Request.)

9          MR. PALMER:  Okay.  I mean Franz

10    will look into making sure they are

11    legible, the copies he has, and we

12    will provide them to you.  We will

13    provide them to Mr. Rotella as well.

14         MR. SPIVEY:  Do you prefer to

15    read or waive?

16         MR. PALMER:  I would like

17    Mr. Skryanz to read this again and

18    sign it.

19         I never received a copy of

20    Mr. Taylor's deposition transcript.  I

21    don't know if that went directly to

22    him.

23         (Continued on the following page

24    for the jurat.)

25

1          FRANZ SKRYANZ

2         MR. SPIVEY:  For that, you have

3    to ask the court reporter.  Okay,

4    thank you.

5       (Time noted:  2:10 p.m.)

6

7          FRANZ SKRYANZ

8 Subscribed and sworn to before me

9 this     day of              , 2006.

10

11

12 Notary Public

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                    C E R T I F I C A T E

3      STATE OF NEW YORK    )

4                          : ss.

5      COUNTY OF NEW YORK  )

6

7           I, JOWELL FALSETTA, a Shorthand

8      Reporter and Notary Public within and for the

9      State of New York, do hereby certify:

10          That FRANZ SKRYANZ, the witness

11     whose deposition is hereinbefore set forth,

12     was duly sworn by me and that such deposition

13     is a true record of the testimony given by

14     the witness.

15          I further certify that I am not

16     related to any of the parties to this action

17     by blood or marriage, and that I am in no way

18     interested in the outcome of this matter.

19          IN WITNESS WHEREOF, I have hereunto

20     set my hand this 26 day of October, 2006.

21

22          *Jowell Falsetta*

23          JOWELL FALSETTA

24

25

```
 1
 2                    I N D E X
 3    EXHIBITS
      No.   Ident.   Description
 4
      39      27     Chapter 7
 5
 6
      PRODUCTION REQUESTS - Page 115, Line 8
 7
 8
      RULINGS - Page Line
 9
10
      SIGNATURE LINE & JURAT - Page 116
11
12
      EXAMINATION BY:
13    Mr. Spivey, pages 4-116
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2    STATE OF NEW YORK   )
                          ss:
 3    COUNTY OF NEW YORK  )
 4         I wish to make the following changes,
      for the following reasons:
 5    PAGE LINE
                CHANGE FROM:
 6              CHANGE TO:
      REASON:
 7
                CHANGE FROM:
 8              CHANGE TO:
      REASON:
 9
                CHANGE FROM:
10              CHANGE TO:
      REASON:
11
                CHANGE FROM:
12              CHANGE TO:
      REASON:
13
                CHANGE FROM:
14              CHANGE TO:
      REASON:
15
                CHANGE FROM:
16              CHANGE TO:
      REASON:
17
                CHANGE FROM:
18              CHANGE TO:
      REASON:
19
                CHANGE FROM:
20              CHANGE TO:
      REASON:
21
22                             FRANZ SKRYANZ
23    Subscribed and sworn to before me
      this    day of          , 2006.
24
25
```