CHRISTOPHER d'ARNAUD-TAYLOR

1

2     to the pending subpoena.

3              We will deal with that as we do

4     and, hopefully, some additional

5     records will be made available in

6     relatively short order.  And let's go

7     through the balance of the day and see

8     what happens.

9        Q.    Mr. Taylor, staying focused on

10  Exhibit 5 for a moment.  The only document

11  produced or attached to that is the summary

12  sheet at the back of that package.

13              I just want to confirm that is

14  the same summary that was attached to the

15  back of Exhibit 2.

16       A.    It would appear to be.

17       Q.    Sir, did John Murphy, Jr. ever

18  have an e-mail address at Xethanol?

19       A.    Intended to.

20       Q.    What do you mean by that?

21       A.    Very Smart Networks was in the

22  business of publishing websites and we asked

23  Very Smart Networks to establish our domain

24  name and open our website for us.

25              And the person at the time who

CHRISTOPHER d'ARNAUD-TAYLOR

1   was organizing that was working for Very

2   Smart Networks and gave everybody e-mail

3   addresses as well.

4        Q.    E-mail addresses at Very Smart

5   Networks?

6        A.    Very Smart Networks was hosting

7   and organizing the construction of the

8   website and they registered our domain name

9   for us, and at that point in time the person

10  who was doing it, I believe just gave

11  everybody an e-mail address.

12       Q.    Gave everybody?

13       A.    Down there.

14       Q.    Everybody at Very Smart

15  Networks?  Is that a yes?

16       A.    Yes.

17       Q.    But to your knowledge, were

18  those e-mail addresses ever activated?

19       A.    No, they weren't.

20       Q.    Did you have an Xethanol e-mail

21  address?

22       A.    I had an e-mail address at that

23  time, but the whole website and whole network

24  was never activated.

1    CHRISTOPHER d'ARNAUD-TAYLOR

2        Q.    Have you ever at any time had an

3    e-mail address that had the name Xethanol in

4    it, and I am speaking of you personally?

5        A.    Yes.

6        Q.    And do you have one now that has

7    the name Xethanol in?

8        A.    No.

9        Q.    At what point in time did you

10   have an e-mail address that bore the name

11   Xethanol in the title?

12       A.    We let the domain name at DSM

13   lapse and then we registered the domain name

14   ourselves.  I can't speak exactly when it

15   happened, but sometime in mid-2004.

16       Q.    So during the mid-period of 2004

17   your e-mail address had Xethanol in the name?

18       A.    Yes.

19       Q.    And that stopped at some point

20   in time?

21       A.    I believe it stopped, but I am

22   not longer an officer of Xethanol.

23       Q.    If I am understanding your

24   testimony correctly, when VSN set up your

25   domain name, it issued e-mail addresses to

CHRISTOPHER d'ARNAUD-TAYLOR

people at VSN?

A.    I believe the person who was
handling it issued.

Q.    And that would have included
John Murphy?

A.    It would include John Murphy.

Q.    I am understanding you to say
that, to your knowledge, those e-mail
addresses were never activated or used?

A.    To the best of my knowledge,
they were never activated or used.

Q.    When Xethanol then reactivated
the domain itself after the VSN registration
had terminated or expired, did Mr. Murphy get
an Xethanol related address then?

A.    No.

Q.    What is your e-mail address
today?

A.    At Xethanol?

Q.    Anywhere.  I would like for you
to give me all of your e-mail addresses where
you receive or send e-mail.

A.    I am not sure of the status of
CTaylor@Xethanol.com.

CHRISTOPHER d'ARNAUD-TAYLOR

Q.    That may or may not work?

A.    I don't know, quick answer.
CDATaylor@AOL.com.  I believe
XethanolUSA@AOL.com.

Q.    Any others?

A.    Yes.  I am just trying to get
the exact.  I don't use them, so they don't
spring to me instantaneously in time.

    Xeminexinz@AOL.com and
LondonManhattan@AOL.com.  I also have a
pass-through e-mail address, anything that
goes to LondonManhattan,
www.LondonManhattan.com, comes to me.

Q.    You may have already answered
this and I may have misunderstood you.  Is
one of your e-mail addresses
LondonManhattan@AOL.com?

A.    It is.

Q.    And you utilize that address?

A.    I do.

Q.    How long have you utilized that
address?

A.    Probably since almost the
formation of AOL.

CHRISTOPHER d'ARNAUD-TAYLOR

Q.    You indicated some of those other addresses you don't use?

A.    No.

Q.    Correct?

A.    Correct.

Q.    Which e-mail address do you currently use?

A.    Mostly CDATaylor I use for personal.

Q.    CDATaylor is your personal e-mail?

A.    I try to keep that personal. Other items related to Xethanol I put through Xethanol USA, but mostly all I use is London Manhattan.

Q.    Do you have an address book for people that you communicate with by e-mail?

A.    I do.

Q.    And do you have in your address book Mr. Murphy's e-mail address?

A.    I do.

Q.    Do you know Mr. Murphy's e-mail address off the top of your head?

A.    I believe it's JMJR590 maybe, I

107

CHRISTOPHER d'ARNAUD-TAYLOR

1

2    believe.

3        Q.     @AOL.com?

4        A.     @AOL.  I know he has e-mail

5    addresses at Epiphany, but I don't use that.

6        Q.     How do you know he has e-mail

7    addresses at Epiphany?

8        A.     Because it says it on the

9    website, I believe.

10       Q.     What is the website address?

11       A.     For Epiphany?

12       Q.     Yes.

13       A.     I couldn't be exact on it, but I

14    think it's WWW.Epiphanypartners.com, I

15    believe.

16       Q.     Have you ever known Mr. Murphy

17    to have e-mail addresses other than

18    JMJR590@AOL.com?

19       A.     I believe that is the only one I

20    communicate with him at.

21       Q.     Sir, when I met you today for

22    the first time in the lobby, I mistakenly

23    called you Mr. Skryanz or Franz because, not

24    having met any one of you, frankly, Franz is

25    the person I anticipated being here today

1      CHRISTOPHER d'ARNAUD-TAYLOR

2  based on some information I received from

3  your office counsel.

4          And as we were leading into one

5  of our breaks, you indicated to me

6  Mr. Skryanz had a medical event yesterday?

7      A.    He did.

8      Q.    I don't want to delve into his

9  medical condition, but prior to the evolution

10  of his medical issue, were you planning on

11  being here today?

12      A.    I was planning on making myself

13  available if they wanted me here.

14      Q.    But was it on your calendar to

15  be here today for a full day's deposition

16  prior to Mr. Skryanz having his issue

17  yesterday?

18      A.    To make myself available.

19      Q.    I understand what you're saying,

20  but my question is a little bit different.

21          Were you planning on physically

22  coming to this office and being here all day

23  today prior to Mr. Skryanz having his medical

24  issue yesterday?

25      A.    I believe so.

1    CHRISTOPHER d'ARNAUD-TAYLOR

2         Q.    Do you know whether Mr. Skryanz

3    was also planing to be here today for a

4    deposition prior to yesterday's medical

5    issue?

6         A.    I don't know.  Counsel may know

7    better.

8              MR. PALMER:  It's always been

9         Mr. Taylor who was scheduled to be

10        here today.

11             MR. SPIVEY:  With everybody's

12        permission, I am just going to

13        continue sequentially without stopping

14        the London Manhattan depo and starting

15        an Xethanol depo.  I think we agreed

16        on that.  Is that okay with you?

17             MR. ROTELLA:  Are you talking

18        about continuing marking the exhibits?

19             MR. SPIVEY:  Yes.  Is that okay

20        with you, counsel?

21             MR. PALMER:  I have no problem

22        with that.

23        Q.    Sir, let me hand you what we

24    will mark as Exhibit 6.  It appears to be an

25    e-mail from Patrick Railly dated December 24,

```
1          CHRISTOPHER d'ARNAUD-TAYLOR

2    2003.

3              Is that your e-mail address and

4    in the cc part of the e-mail?

5         A.    LondonManhattan, yes.

6              (E-mail marked for

7         identification, Exhibit 6.)

8         Q.    The to line of this e-mail is to

9    somebody named

10   FrostFfourcapitalmanagement.com.

11             Do you recognize that name or

12   e-mail address?

13        A.    Yes.

14        Q.    Who do you recognize that to be?

15        A.    William Frost.

16        Q.    Who is William Frost?

17        A.    He was an early stage investor

18   in Xethanol Corporation.

19        Q.    It appears from this e-mail that

20   Mr. Railly is announcing wiring instructions

21   relating to the possible sale of 100,000

22   shares of stock in the Julian C. Murphy

23   stock.

24             Do you see that?

25        A.    It appears that way.
```