CHRISTOPHER d'ARNAUD-TAYLOR

    A.    The conversion of the London Manhattan.com Inc. to Xethanol Corporation.

    Q.    It means that new shares were issued?

    A.    New shares were issued.

    Q.    About two-thirds of the way down the page, you see a reference to "Murphy trusts" with the plural?

    A.    Yes.

    Q.    And a reference to 750,000 shares. Do you see that?

    A.    Yes.

    Q.    What does that represent?

    A.    It represents 750,000 shares.

    Q.    To whom?

    A.    The language here is nonspecific. It was a pro forma document.

    Q.    How did you have this information at your disposal?

    A.    What information?

    Q.    The names?

    A.    I didn't have names at times, so I referred to them as Murphy Trust.

    Q.    You have the name W. Scott

1       CHRISTOPHER d'ARNAUD-TAYLOR

2   Smith?

3       A.   Yes, all of those people were

4   shareholders in a enterprise known as Energy

5   Capital & Technology and it conveyed its

6   economic interest in Xethanol to London

7   Manhattan.com, which changed its name to

8   Xethanol Corporation.

9            So these names are people who

10  have been parties to that particular

11  predecessor corporation.

12      Q.   But I mean, did you have all

13  these names in your head or were you looking

14  at some sort of roster or other

15  documentation?

16      A.   Other documentation.

17      Q.   Did you see documentation that

18  referenced the existence of more than one

19  Murphy Trust?

20      A.   I just say Murphy Trust because

21  I don't know who.

22      Q.   As you sit here today, are you

23  aware of there being more than one Murphy

24  Trust?

25      A.   Yes.

|   |   |
|---|---|
| 1 | CHRISTOPHER d'ARNAUD-TAYLOR |
| 2 | Q. How many are you aware of as you |
| 3 | sit here today? |
| 4 | A. Numerous. |
| 5 | Q. Are you aware of John J. Murphy |
| 6 | having a trust? |
| 7 | A. I don't know. |
| 8 | Q. The number of 750,000 shares is |
| 9 | also the number that appears on stock |
| 10 | certificate 40; correct? |
| 11 | A. Yes. |
| 12 | Q. Is the 750,000 shares referenced |
| 13 | on Exhibit 23, the same 750,000 shares |
| 14 | referenced in stock certificate 40? |
| 15 | A. I believe so. |
| 16 | Q. In the bottom section of |
| 17 | Exhibit 23, there is a section titled "New |
| 18 | issues regarding private placement at 20 |
| 19 | cents per share." |
| 20 | Do you see that? |
| 21 | A. I do. |
| 22 | Q. What does that mean? |
| 23 | A. It means at that time I was |
| 24 | contemplating a new issuance of new stock and |
| 25 | that was the price of the share. |

CHRISTOPHER d'ARNAUD-TAYLOR

Q. Did that happen?

A. Well, I believed that we changed it down to 10 cents a share and that particular group didn't happen. Bernstein did make an investment, others made investments too.

Q. There is a reference in that section to Murphy Trusts, plural, $200,000. And over by the side it says 1 million shares; correct?

A. It does.

Q. Did the Murphy Trust acquire more shares than the initial 750,000?

A. Only I believe in the related transaction where they acquired stock in the 50,000 that we discussed previously. This is a pro forma document of intent rather than fact.

Q. If I am understanding you correctly, you are aware of the Murphy Trust or Trusts acquiring a total of 1,250,000 shares of Xethanol; is that correct?

MR. PALMER: Objection to the form.

1         CHRISTOPHER d'ARNAUD-TAYLOR
2              MR. ROTELLA:  Objection to the
3     form of the question.
4         A.    If that is what we established
5  so far.
6         Q.    That is what I am asking you.
7         A.    I believe so, I believe so.
8         Q.    How do you arrive at that
9  number?
10        A.    I would arrive at the number
11 with the 750 plus the 50,000, 10 cents.
12        Q.    So is the initial 750,000 shares
13 from December of 2001; correct?
14        A.    Correct.
15        Q.    And then in 2003 --
16        A.    I don't know if this was 2000,
17 there is no date on this.
18        Q.    Excuse me?
19        A.    I don't know exactly what date
20 this was.  I mean the change of name from
21 London Manhattan.com to Xethanol would be a
22 matter of fact.
23        Q.    According to Mr. Skryanz's memo
24 to you of May 21, 2002, Murphy or Murphy
25 Trust acquired another 500,000 shares in May

```
 1        CHRISTOPHER d'ARNAUD-TAYLOR
 2   of 2002; correct?
 3            MR. ROTELLA:  I don't think it
 4   says that.
 5            MR. PALMER:  You are looking at
 6   the Xethanol Corporation May 21st --
 7            MR. SPIVEY:  I am back at
 8   Exhibit 2.
 9            MR. ROTELLA:  What date are you
10   on?
11            MR. SPIVEY:  Looking at
12   Mr. Skryanz memo dated May 21, 2002.
13   Q.   Do you see that?
14   A.   I do.
15            MR. ROTELLA:  I object.  My
16   objection is the question says that
17   Mr. Skryanz said Murphy acquired
18   another 500,000.  I object to this
19   memo.  It doesn't say another 500,000.
20   The word "another" is what I object
21   to.
22            MR. PALMER:  Can you repeat the
23   question?
24            MR. SPIVEY:  Sure.
25   Q.   Mr. Taylor, we know that as of
```

```
1         CHRISTOPHER d'ARNAUD-TAYLOR
2    December 1, 2001, Mr. Railly as trustee owns
3    750,000 shares; correct?
4         A.    It would appear so.
5         Q.    And he owned those as trustee of
6    one or more Murphy Trusts; is that correct?
7         A.    It would appear so.
8         Q.    And then we know from
9    Mr. Skryanz's memo to you of May 21, 2002
10   that Murphy or some related entity acquired
11   an additional 500,000 shares of Xethanol;
12   correct?
13             MR. ROTELLA:  Objection to the
14        form of the question.  The word
15        "additional" does not appear.
16        A.    It would appear so.
17        Q.    Do you recall the transaction
18   that occurred in May 2002 as being 500,000
19   additional shares of stock?
20        A.    As a purchase of 500,000 shares
21   of stock.
22        Q.    That appeared to be?
23        A.    Yes, I believe so.
24        Q.    Sir, let me show you what we
25   will mark as Exhibit 24.  And I would ask you
```

1  　　　　CHRISTOPHER d'ARNAUD-TAYLOR

2  to tell me what that is.

3  　　　A.　　Shareholders list, stock ledger.

4  　　　　　　(Shareholders list marked for

5  　　identification, Exhibit 24.)

6  　　　Q.　　When was that created?

7  　　　A.　　I don't know when it was

8  created.

9  　　　Q.　　If goes up --

10 　　　A.　　It wasn't created by me.

11 　　　Q.　　Do you know who created it?

12 　　　A.　　It was created by Mr. Skryanz.

13 　　　Q.　　Would you expect it to be an

14 accurate reflection of --

15 　　　A.　　I would hope it was an accurate

16 reflection.

17 　　　Q.　　Based on the date of the last

18 page, it would appear to be created as of or

19 through January 26, 2005; correct?

20 　　　A.　　That would appear to be the

21 case.

22 　　　Q.　　Now, this is not one of the

23 documents that was produced to me as attached

24 to Exhibit 5; was it?

25 　　　A.　　I don't think so.

|    |                                                    |
|----|----------------------------------------------------|
| 1  | CHRISTOPHER d'ARNAUD-TAYLOR                        |
| 2  | Q.    Can you explain to me why it                 |
| 3  | wasn't produced to me?                             |
| 4  | A.    No.                                          |
| 5  | Q.    Can you explain to me why                    |
| 6  | Exhibit 23 wasn't produced to me, sir?             |
| 7  | A.    I am just looking for                        |
| 8  | Exhibit 23.  No, I can't.                          |
| 9  | Q.    Can you explain to me why                    |
| 10 | Exhibit 22 wasn't produced to me?                  |
| 11 | A.    No.                                          |
| 12 | Q.    Can you explain why Exhibit 15               |
| 13 | wasn't produced to me?                             |
| 14 | A.    No.                                          |
| 15 | Q.    How about Exhibit 14, why wasn't             |
| 16 | that produced to me?                               |
| 17 | A.    I don't know.                                |
| 18 | Q.    You would agree with me that                 |
| 19 | there is a lot of documentation that relates       |
| 20 | to the Murphy Trust that you didn't produce        |
| 21 | to me?                                             |
| 22 | MR. PALMER:  Objection to the                      |
| 23 | form.                                              |
| 24 | Q.    Would you agree with that?                   |
| 25 | MR. PALMER:  Objection to the                      |

```
 1          CHRISTOPHER d'ARNAUD-TAYLOR
 2      form.
 3      A.    I don't know whether we have it,
 4  which we will find out.
 5      Q.    Why wouldn't you have, say for
 6  instance, Exhibit 24?
 7      A.    I don't know.
 8      Q.    It says at the very top
 9  "Xethanol Corporation shareholders list/stock
10  ledger"; right?
11          MR. PALMER:  Objection to the
12      form.
13      A.    Correct.
14      Q.    Presumably you have these in
15  your files; right?
16      A.    I don't have them in my files,
17  but I don't know.  It's an extract, it's a
18  printout.  So presumably it's somewhere.
19      Q.    Do you have them in your
20  corporate files?
21          MR. PALMER:  Objection to the
22      form.
23      A.    It would definitely be in
24  digital form.
25      Q.    What do you mean, "digital
```