1        CHRISTOPHER d'ARNAUD-TAYLOR
2        Q.    And there is a reference to
3    $750.
4              Do you see that?
5        A.    I do.
6        Q.    What does the $750 represent?
7        A.    May have been the par value of
8    the 750 shares.
9        Q.    And then a balance of $143?
10       A.    That is the account balance.
11       Q.    What account are we talking
12   about here?
13       A.    Appears to be the equity
14   account.
15       Q.    I am sorry?
16       A.    It would appear to be the equity
17   account.
18       Q.    Capital account?
19       A.    Yes.
20       Q.    Keeping the value of capital
21   contributions?
22       A.    Yes, it would appear to be
23   there, but it's an extract, so I don't know
24   if it was the full account or not.
25       Q.    And then down beneath that,

1      CHRISTOPHER d'ARNAUD-TAYLOR

2  bearing a date of February 6, 2002, we see

3  Mr. Murphy's name again; correct?

4      A.    We do.

5      Q.    Can you tell me what that entry

6  means or represents?

7      A.    It would appear to reference the

8  500,000 shares.

9      Q.    On my document it says 150,000

10  shares.

11     A.    I am sorry, which reference are

12  we talking about?

13     Q.    You see there are a number of

14  things called journal entry?

15     A.    Yes.

16     Q.    And then we go down to the first

17  deposit entry?

18     A.    Yes.

19     Q.    Do you see that?

20     A.    Yes.

21     Q.    And it's dated 2-6-02; correct?

22     A.    Yes.

23     Q.    And then we see Mr. Murphy's

24  name?

25     A.    Yes.

CHRISTOPHER d'ARNAUD-TAYLOR

2  Q.  And next to that name we see
3  150,000 shares?
4  A.  Yes.
5  Q.  What do would you expect that to
6  mean?
7  A.  150,000 shares.
8  Q.  To whom?
9  A.  It was an accounting document.
10 It says Mr. Murphy.
11 Q.  But your internal accounting
12 records are affiliating Mr. John Murphy's
13 name with 150,000 shares as of 2-6-02;
14 correct?
15 A.  Correct.
16 Q.  And up above that you were
17 affiliating Mr. Murphy's name with 750,000
18 shares as of 12-31-01; correct?
19     MR. PALMER:  Objection to the
20     form.
21 Q.  Correct?
22 A.  Correct.
23 Q.  What is the next entry; it says
24 "1002-SSB checking account"?
25 A.  SSB checking account, the

CHRISTOPHER d'ARNAUD-TAYLOR

1
2  company bank at time was with Smith Barney.
3  So one of the accounts was at Salomon, Smith
4  Barney.
5      Q.   Did someone put $150 in that
6  checking account?
7      A.   I would think it was a split.
8      Q.   Where do you gather that from?
9      A.   It would appear to be a sum of
10 money allocated against the various stock
11 certificates.  I am not an accountant.
12     Q.   From the entry above that, your
13 balance was $7,450; correct?
14     A.   Yes.
15     Q.   And then there is this entry,
16 John Murphy, dated 2-6-02, and all of a
17 sudden the balance goes up $150?
18     A.   Yes.
19     Q.   Would you agree with me that
20 somebody is adding $150 to that balance?
21     A.   Yes.
22     Q.   And what does that reflect or
23 represent?
24     A.   I don't know what it reflects or
25 represents.  It appears to me that it's one

```
 1         CHRISTOPHER d'ARNAUD-TAYLOR
 2   specific transactions split against various
 3   stock transactions.  That is what it appears
 4   to me, knowing how the Quick Books work.
 5         Q.    Below this entry, there is
 6   another deposit dated 2-8-02.
 7               Do you see that?
 8         A.    Yes -- which one, the second
 9   one?
10         Q.    Yes.
11         A.    Yes.
12         Q.    Dated February 8, 2002?
13         A.    Yes.
14         Q.    And again we see Mr. Murphy's
15   name?
16         A.    We do.
17         Q.    And next to Mr. Murphy's name we
18   see 100,000 shares?
19         A.    Yes.
20         Q.    And next to that we see
21   "1002-SSB checking account"; correct?
22         A.    Yes.
23         Q.    And next to that we see
24   $100,000?
25         A.    Yes, we do.
```

```
                CHRISTOPHER d'ARNAUD-TAYLOR
 1
 2      Q.    And then we see the balance
 3  increasing from $7,600 to $7,700.
 4            Do you see that?
 5      A.    Yes.
 6      Q.    What would you understand that
 7  entry to mean or represent?
 8            MR. ROTELLA:  Objection to the
 9      form of the question.
10      A.    The repeat answer is I am not an
11  accountant and I didn't make the entries.  I
12  don't know what gave rise to it, but
13  obviously they are entries into an account.
14      Q.    And you are the corporate
15  representative of Xethanol --
16      A.    I am.
17      Q.    -- who appeared today; correct?
18      A.    I am.
19      Q.    And you would agree that this
20  document seems to reflect or relate to stock
21  transactions; correct?
22            MR. ROTELLA:  Objection to the
23      form of the question.
24      A.    It would appear to.
25      Q.    You are the person at Xethanol
```

CHRISTOPHER d'ARNAUD-TAYLOR

1    
2    most knowledgeable of these issues; are you
3    not?
4            MR. ROTELLA:  Objection to the
5        form of the question.
6            MR. PALMER:  Objection to the
7        form.
8        A.   The person most knowledgeable
9    would be the person who made the entries and
10   who did the accounting transactions.
11       Q.   Who would that be?
12       A.   Mr. Franz Skryanz.
13       Q.   Why is he not here today?
14           MR. PALMER:  Objection to the
15       form.
16       A.   He is not well.
17       Q.   I am sorry?
18       A.   He is not well.
19       Q.   The fact is you're the not the
20   corporate representative most knowledgeable
21   of these stock transactions; are you, sir?
22       A.   I am not the corporate
23   representative most knowledgeable of the
24   accounting transactions that reflect it,
25   true.

```
 1            CHRISTOPHER d'ARNAUD-TAYLOR
 2       Q.   Let's go down to an entry dated
 3   May 2, 2002; do you see that, where it says
 4   general journal?
 5       A.   I do.
 6       Q.   And next to that there is a
 7   reference JE5-03.  Do you see that?
 8       A.   I do.
 9       Q.   What do you understand JE5-03 to
10   mean?
11       A.   A journal entry reference.
12       Q.   What do you gather from the
13   reference 5-03?
14            MR. PALMER:  Objection to the
15       form.
16       A.   It's an accounting page and I
17   can't speak to the accounting.
18       Q.   Next to that we see Mr. Murphy's
19   name?
20       A.   Yes.
21       Q.   And then next to that we see
22   500,000 shares; correct?
23       A.   Correct.
24       Q.   What do you understand that to
25   mean?
```

1     CHRISTOPHER d'ARNAUD-TAYLOR

2          MR. ROTELLA:  Objection to the
3     form of the question.
4     A.    500,000 shares.
5     Q.    What happened, what do you
6  understand this to reflect?
7     A.    It reflects 500,000 shares.
8     Q.    Doing what, going to Mr. Murphy,
9  coming from to Mr. Murphy?
10         MR. ROTELLA:  Objection to the
11    form of the question.
12    A.    That is what it appears to
13 reflect.
14    Q.    It appears to reflect 500,000
15 shares listed under Mr. Murphy's name?
16    A.    It does.
17    Q.    The next column says
18 "2890-exchange account."
19         Do you see that?
20    A.    I do.
21    Q.    What do you understand that to
22 mean, an exchange account?
23         MR. ROTELLA:  Objection to the
24    form of the question.
25    A.    I don't know what that means at

```
 1        CHRISTOPHER d'ARNAUD-TAYLOR
 2   all.
 3        Q.   There is a reference to $500
 4   under the amount column; correct?
 5        A.   Correct.
 6        Q.   In the balance column, it has
 7   increased by $500 since the prior entry;
 8   correct?
 9        A.   Yes.
10        Q.   Now this date on this journal
11   entry is 5-2-02; correct?
12        A.   Yes.
13        Q.   And that is the same date that
14   Mrs. Murphy references in her letter of
15   February 11, 2004; isn't it?
16             MR. PALMER:  Repeat the
17        question, please.
18        Q.   The date referenced on
19   Exhibit 31 --
20        A.   May 2, 2002.
21        Q.   -- is May 2, 2002; correct?
22        A.   Correct.
23        Q.   And we know from Mrs. Murphy's
24   letter to Mr. Skryanz of February 11th that a
25   500,000 share stock transaction took place on
```