CHRISTOPHER d'ARNAUD-TAYLOR

1
2  May 2, 2002; right?
3      A.   Correct.
4      Q.   Do you think that this journal
5  entry reflects the same stock purchase
6  transaction referenced by Mrs. Murphy in her
7  letter of February 11, 2004?
8          MR. ROTELLA:  Objection to the
9      form of the question.
10     A.   It would appear to.
11     Q.   Would you be able to explain,
12 sir, why Mr. Murphy's name appears on
13 Exhibit 31, if Mr. Murphy did not own or
14 otherwise control the referenced stock?
15     A.   Because I believed that was the
16 interface that Mr. Skryanz had was with
17 Mr. Murphy.  And accounting entry as opposed
18 to the stock certificate entry, it's a
19 reference more than a --
20     Q.   But your internal records are
21 referring to Mr. Murphy; right?
22     A.   Yes.
23     Q.   Let me hand you, sir, what we
24 will mark as Exhibit 32.
25          Tell me what this is, please.

| | |
|---|---|
| 1 | CHRISTOPHER d'ARNAUD-TAYLOR |
| 2 | A. It's another extract from an |
| 3 | accounting document. |
| 4 | (Accounting document marked for |
| 5 | identification, Exhibit 32.) |
| 6 | Q. Can you tell me what account is |
| 7 | involved here? |
| 8 | A. It's called the "Additional |
| 9 | paid-in capital account." |
| 10 | Q. What does that mean? |
| 11 | A. It is an account which allocates |
| 12 | monies received to over and above the par |
| 13 | value of the stock. |
| 14 | Q. On the second or third entry |
| 15 | down, we see an entry for John Murphy dated |
| 16 | December 31, 2001? |
| 17 | A. Correct. |
| 18 | Q. 750,000 shares; correct? |
| 19 | A. Correct. |
| 20 | Q. The next column says "11-10-AR |
| 21 | from shareholders"; correct? |
| 22 | A. Yes. |
| 23 | Q. With a reference of $74,250? |
| 24 | A. Yes. |
| 25 | Q. What do you understand the |

CHRISTOPHER d'ARNAUD-TAYLOR

$74,250 to represent?

    MR. ROTELLA:  Objection to the form of the question.

    A.    I am assuming it was his capital contribution.

    Q.    Did Xethanol Corporation receive from some source $74,250 that corresponds with that entry?

    A.    I couldn't tell you.

    Q.    Is that what you would expect or believe?

    A.    I would expect, but I couldn't tell you specifically.

    Q.    Based on this document, how would you -- what do you signify that to mean?

    MR. ROTELLA:  Objection to the form of the question.

    A.    An account receivable.

    Q.    The $74,250 is?

    A.    That is what it is referenced there.

    Q.    In the balance column, after you see this entry, the balance jumps from

```
1        CHRISTOPHER d'ARNAUD-TAYLOR
2   $66,432 to $140,682; right?
3            MR. ROTELLA:  I am lost.  Where
4   are you?
5            MR. SPIVEY:  Balance column, far
6   right side.
7            MR. ROTELLA:  And you're --
8   okay, I see where you are.  Okay.
9        Q.   What does the balance column
10  represent, sir?
11       A.   Balance representing the balance
12  on the account.
13       Q.   Would that be money in the
14  account?
15       A.   Plus accounts receivable.
16       Q.   Tell me again what you believe
17  additional paid-in capital means.
18       A.   It means, to the best of my
19  knowledge, and again I am not an accountant,
20  it's the amount of any capital contribution
21  over and above the par value of the stock.
22       Q.   You testified earlier, sir, that
23  you thought Mr. Murphy may have provided
24  services in exchange for the initial 750,000
25  shares of stock; correct?
```

1      CHRISTOPHER d'ARNAUD-TAYLOR
2      A.   I think he was going to provide
3  services and I think he may have made a very
4  minimal contribution.  I don't remember
5  exactly.
6      Q.   As you see now Exhibits 31 and
7  32, does that help refresh your recollection
8  as to what actually transpired?
9      A.   I don't actually have any actual
10 recollection of how much money he paid for
11 it, but it would appear there was a capital
12 contribution.
13     Q.   And somewhere within the
14 Xethanol books and records you would have
15 documentation that would confirm where that
16 capital contribution came from; would you
17 not?
18     A.   We would.
19     Q.   Based on Exhibits 31 and 32, can
20 you give me any idea of the amount of the
21 capital contribution that was made for the
22 initial 750,000 shares of stock?
23          MR. ROTELLA:  Objection to the
24     form of the question.
25     A.   I don't know whether the

CHRISTOPHER d'ARNAUD-TAYLOR

2  accounts receivable, whatever I don't quite
3  remember, but it would be a matter of fact.
4      Q.   But based on these documents?
5      A.   These documents are extracts.  I
6  don't know what the full account says and I
7  am not the accountant.
8      Q.   I am asking you to interpret
9  your own documents and tell me what you
10 believe them to mean and represent.
11         MR. PALMER:  If you can.
12         MR. ROTELLA:  Objection to the
13      form of the question and the capacity
14      of this witness to give that opinion.
15     A.   I mean on the face of it, it
16 would appear he made a $750,000 contribution.
17         MR. SPIVEY:  Okay, the court
18      reporter requested a break.
19         (A recess was taken.)
20 BY MR. SPIVEY:
21     Q.   Mr. Taylor, in relation to
22 Exhibit 32, do you believe there to be an
23 actual bank account that corresponds to this
24 paid-in capital account?
25     A.   There wouldn't be a bank account

```
1         CHRISTOPHER d'ARNAUD-TAYLOR
2   that corresponds directly to the paid-in
3   capital account.  There was a bank account
4   and the bank account was, hence, SSB.
5        Q.   Do you know why that first entry
6   for John Murphy on December 31, 2001 is
7   listed as a general journal entry?
8        A.   No.
9        Q.   Beneath that you see the first
10  deposit entry, dated 2-6-02.
11            Do you see that --
12       A.   Yes.
13       Q.   -- has the name of John Murphy?
14       A.   Yes.
15       Q.   And then next to it there is a
16  memo reference to Murphy, John?
17       A.   Yes.
18       Q.   What do you understand those
19  names to be?
20            MR. ROTELLA:  Objection to the
21       form of the question.
22       A.   I assume they refer to John
23  Murphy.
24       Q.   You assume they reflect some
25  transaction involving or concerning John
```

CHRISTOPHER d'ARNAUD-TAYLOR

Murphy?

    A.    I think these are abbreviated statements.

    Q.    Involving or concerning John Murphy?

        MR. ROTELLA:  Objection to the form of the question.

    A.    In some way.

    Q.    What do you understand the $14,850 entry to mean in that entry dated 2-6-02?

    A.    I don't know.

    Q.    Is that the amount of paid-in capital over and above par?

        MR. PALMER:  Objection to the form.

        MR. ROTELLA:  Objection to the form.

    A.    I don't know.

    Q.    You see that the balance amount there has gone up by $14,850; correct?

    A.    Correct.

    Q.    What do you understand that to mean?

CHRISTOPHER d'ARNAUD-TAYLOR

    A.    That the balance went up to $14,850.

    MR. PALMER: Objection to the form.

    Q.    Which would seem to mean that $14,850 was being added to the account?

    MR. ROTELLA: Objection to the form.

    MR. PALMER: Objection to the form.

    A.    I don't know.

    Q.    Do you have any reason to disagree with that?

    A.    I just don't know. It's an accounting entry and I am not an accountant.

    Q.    What is your background, sir?

    A.    My background?

    Q.    Your educational background?

    A.    I am a graduate and I have a postgraduate.

    Q.    Where did you go to college?

    A.    University of Exeter in England.

    Q.    And you received a degree from there?

|   |   |   |
|---|---|---|
| 1 | | CHRISTOPHER d'ARNAUD-TAYLOR |
| 2 | A. | I did. |
| 3 | Q. | What was your field of study? |
| 4 | A. | Political sciences. |
| 5 | Q. | You have a postgraduate degree as well? |
| 7 | A. | I do. |
| 8 | Q. | From which institution was that? |
| 9 | A. | London Business School. |
| 10 | Q. | When did you receive your degree from the London Business School? |
| 12 | A. | 1975. |
| 13 | Q. | Is your degree from the London Business School concentrated in any particular subject within the business realm? |
| 16 | A. | It's not accounting. |
| 17 | Q. | I am asking you, sir. |
| 18 | A. | Mostly it's business strategy. |
| 19 | Q. | Is it in finance, marketing, insurance, you tell me? |
| 21 | A. | It's none of that. It's broadly business strategy and corporate finance, that sort of thing. |
| 24 | Q. | How long is that program? |
| 25 | A. | Two years. |