UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re

JOHN J. MURPHY, Sr.,

    Debtor.

CASE NO. 6:04-bk-01612-KSJ
CHAPTER 7

---

RIVERTREE LANDING LLC,

    Plaintiff,

v.

JOHN J. MURPHY, Sr.,

    Defendant.

Adversary Case No. 6:04-ap-00154-KSJ

---

## SECOND AMENDED NOTICE OF TAKING DEPOSITION[1]

PLEASE TAKE NOTICE that the undersigned attorneys for Plaintiff, RIVERTREE LANDING, LLC ("RIVERTREE"), will take the deposition of the following person on the date, time and place indicated:

| Deponent | Date and Time | Place |
|---|---|---|
| Corporate Representative of London Manhattan Limited, Inc. most knowledgeable of the matters set forth on Exhibit "A" attached hereto | Friday, September 8, 2006, at 9:00 a.m. | Greenberg Traurig, P.A. 200 Park Avenue New York, New York 10166 |

pursuant to Rule 30 of the Federal Rules of Civil Procedure (and its corresponding bankruptcy rules), on oral examination before LegaLink Manhattan (unless otherwise

---

[1] Amended only as to deposition date.

DEPOSITION EXHIBIT
1
9/8/06