# XETHANOL CORPORATION

Shares of Common Stock, par value $0.001

**THOMAS A. THOMAS TRUSTEE**

**This Certifies that** is the owner of

ONE HUNDRED & TWENTY-SEVEN THOUSAND

non-assessable Shares of the above Corporation transferable only on the books of the Corporation by the holder hereof in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized officers and to be sealed with the Seal of the Corporation.

Dated 06/19/02

The shares of common stock represented by this certificate have not been registered under the Securities Act of 1933 (the "1933 Act"), nor under any state securities law and shall not be transferred, sold, assigned or hypothecated until either (i) a registration statement with respect thereto is declared effective under the Act and applicable state securities laws, or (ii) the Company receives an opinion of counsel to Company, or other counsel to the holder of such securities, which opinion is satisfactory to Company and its counsel, that such securities may be transferred, sold, assigned or hypothecated without an effective registration statement under the 1933 Act or applicable state securities laws.

The following abbreviations, when used in the inscription on the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations. Additional abbreviations may also be used though not in the list.

| | | | |
|---|---|---|---|
| TEN COM | — as tenants in common | UNIF GIFT MIN ACT — _____ Custodian _____ (Minor) | |
| TEN ENT | — as tenants by the entireties | under Uniform Gifts to Minors Act _____ (State) | |
| JT TEN | — as joint tenants with right of survivorship and not as tenants in common | UNIF TRF MIN ACT — _____ Custodian _____ (Minor) under _____ (State) Uniform Transfer to Minors Act | |

For value received, the undersigned hereby sells, assigns and transfers unto

PLEASE INSERT SOCIAL SECURITY OR OTHER IDENTIFYING NUMBER OF ASSIGNEE

PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS OF ASSIGNEE

One Hundred Twenty Seven Thousand _____Shares represented by the within Certificate, and hereby irrevocably constitutes and appoints the company's counsel _____Attorney to transfer the said shares on the books of the within-named Corporation with full power of substitution in the premises.

Dated, January 19, 2004

In presence of

Patrick A. Pole[r]

NOTICE: The signature to this assignment must correspond with the name as written upon the face of the certificate in every particular without alteration or enlargement, or any change whatever.