

>j:    Re: great
\>:    06/20/2002 9:02:31 AM EST
n:    LondonManhattan
Ross60
C:    kathskr

*ROSS & LYNN TUDDENHAM*

e: Ross.ZIP (235170 bytes)
Time (32000 bps): < 2 minutes

a message dated 6/17/2002 4:48:51 PM Eastern Standard Time, Ross60 writes:

Nice to hear that you are alive and well. Any damage during 9/11 to your home?

) .. WATCHED IT ALL HAPPENING FROM MY ROOF! NOT A PLEASANT SIGHT.   >>

ow is Scott?

: IS FINE ... BACK UP IN LONG ISLAND RIGHT NOW .. STILL WHEELING AND DEALING!

ow is your brother?

EEMS OK BUT A TAD BORED WITH LIVING IN THE COUNTRYSIDE BACK IN THE UK .. TAKEN UP GOLF!

u anything ever happen with our investment

'ELL, THE ORIGINAL FREEREALTIMEQUOTE BUSINESS FAILED TO CLOSE AND THEN WE RETRIED AN INTERNET
EAL THAT FAILED SO WE DECIDED TO USE IT AS THE CORPORATE BASE FOR AN ETHANOL DEAL. IN THAT
ROCESS ALL STOCKHOLDERS WERE REVERSE SPLIT 1 FOR 25.

HE ATTACHED DOCS WERE SENT TO FL FOR REDELIVERY TO YOU BY SCOTT AS WERE THE ORIGINAL CERTS
/HICH PROBABLY EXPLAINS WHY YOU KNOW LITTLE!!! NOT A RELIABLE COURIER.

AM HOLDING FOR YOU AND LYNN 2 CERTS EACH FOR 8,000 SHARES OF XETHANOL WHICH WE BELIEVE WILL BE A
OUND BUSINESS.

OU DID NOT RECEIVE THE ORIGINAL CERTS*  WE WILL ASSUME THEM LOST .. HOWEVER PLEASE CONFIRM BY
ESPONSE TO THIS EMAIL THAT THEY HAVE BEEN MISLAID AND LET ME HAVE AN ADDRESS TO SEND THE NEW
ERTIFICATES TO.

OUR DIAMOND COMPANY SOUNDS FUN .... LET ME HAVE THE WEB ADDRESS AGAIN.

UV TO LYNN!

HEERS

HRIS

*\* refers to certificates #1 + #11*

aud-Taylor
an
wne House, Suite 16B

XETHANOL - 0059

: XETHANOL
: 06/20/2002 9:20:58 AM EST
1: LondonManhattan
RLAREW1
: kathskr

Larew.rtf (298727 bytes)
ime (32000 bps): < 3 minutes

< :

R OUR DISCUSSIONS IN FL, AS YOU KNOW, ALONG WITH THE USUAL SUSPECTS, YOU INVESTED IN THE ORIGINAL
EREALTIMEQUOTE BUSINESS THAT FAILED TO CLOSE.

THEN TRIED TO REDEPLOY THE FREEREALTIMEQUOTE COMPANY INTO INTERNET INCUBATING AND THAT NEVER
T OFF THE GROUND.

DECIDED TO USE IT AS THE CORPORATE VEHICLE FOR ETHANOL. IN THAT PROCESS ALL STOCKHOLDERS
RE REVERSE SPLIT 1 FOR 25.

ATTACHED DOCS WERE SENT TO FL FOR REDELIVERY TO YOU BY SCOTT.

M HOLDING FOR YOU, A STOCK CERT FOR 4,000* SHARES OF XETHANOL WHICH WE BELIEVE WILL BE A SOUND
SINESS.

OU CANT FIND THE ORIGINAL CERTS WE WILL ASSUME THEM LOST. HOWEVER PLEASE CONFIRM BY
SPONSE TO THIS EMAIL THAT THEY HAVE BEEN MISLAID AND CONFIRM THE ADDRESS TO WHICH YOU WOULD
E ME TO SEND THE NEW CERTIFICATE.

EERS

RIS

*certificates #7

---

istopher d'Amaud-Taylor
ndon Manhattan
e London Towne House, Suite 16B
) West 22nd Street
w York, NY 10011

nail: LondonManhattan@aol.com
l: 212-242-7039
x: 212-656-1129

OTICE OF CONFIDENTIALITY: The information contained in this Internet transmission is intended only for the persons or tities to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, semination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the ended recipients is prohibited. If you received this in error, please contact the sender and delete the material from any mputers.

: XETHANOL
: 06/20/2002 9:15:56 AM EST
: LondonManhattan
pkephart@earthlink.net
: kathskr

Fairway.ZIP (491489 bytes)
Time (32000 bps): < 4 minutes

RICK:

YOU KNOW, ALONG WITH THE USUAL SUSPECTS, YOU (100,000 SHARES, DB (100,000) AND FAIRWAY (200,000)
ESTED IN THE ORIGINAL FREEREALTIMEQUOTE BUSINESS THAT FAILED TO CLOSE.

THEN TRIED TO REDEPLOY THE FREEREALTIMEQUOTE COMPANY INTO INTERNET INCUBATING AND THAT NEVER
T OFF THE GROUND.

JND ABOUT THE TIME WE ALL GOT TOGETHER LAST YEAR, WE MENTIONED TO YOU THAT WE WERE GOING TO
E IT AS THE CORPORATE VEHICLE FOR ETHANOL. IN THAT PROCESS ALL STOCKHOLDERS WERE REVERSE SPLIT
OR 25.

 ATTACHED DOCS WERE SENT TO FL FOR REDELIVERY TO YOU BY SCOTT AS HE WAS TRAVELING TO AND
OM ORLANDO. IN THAT I HAVE NOT HEARD FROM YOU I AM ASSUMING YOU NEVER RECEIVED THEM -
VIOUSLY NOT A RELIABLE COURIER.

 HOLDING FOR YOU, DB AND FAIRWAY, 3 CERTS TWO FOR 4,000 SHARES OF XETHANOL EACH AND ONE FOR
00 SHARES OF XETHANOL WHICH WE BELIEVE WILL BE A SOUND BUSINESS.

 OU CANT FIND THE ORIGINAL CERTS* WE WILL ASSUME THEM LOST. HOWEVER PLEASE CONFIRM BY
SPONSE TO THIS EMAIL THAT THEY HAVE BEEN MISLAID AND CONFIRM THE ADDRESS TO WHICH YOU WOULD
E ME TO SEND THE NEW CERTIFICATES.

*certificates #8, 18 + 19*

EERS

RIS

 IN THE XETHANOL BUSINESS WE ARE WORKING WITH KEN ZUKERBROT OF GREENBURG TRAURIG IN NYC WHO
E SPECIALISTS IN TAX CREDIT FINANCING. THEY ARE SUFFERING BECAUSE METHANE CREDITS ARE FAST
SAPPEARING AND ETHANOL REPLACES THAT PROFIT CENTER.

---

ristopher d'Arnaud-Taylor
ndon Manhattan
e London Towne House, Suite 16B
0 West 22nd Street
w York, NY 10011

nail: LondonManhattan@aol.com
l: 212-242-7039
x: 212-656-1129

ICE OF CONFIDENTIALITY: The information contained in this Internet transmission is intended only for the persons or
tities to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission,
semination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the
ended recipients is prohibited. If you received this in error, please contact the sender and delete the material from any

XETHANOL - 0095

## MEMORANDUM

To:     Franz A. Skryanz
        Secretary/ Treasurer
        Xethanol Corporation

From: W. Scott Smith                                                June 15, 2002

Re:     Freereal-Timequote.com, Inc./ Xethanol Corporation

Dear Franz:

With reference to the replacement of shares originally issued under the name of Freereal-Timequote.com, Inc. to reflect the 1 for 25 reverse stock split as well as the name change to Xethanol Corporation, would you please reissue the one million shares first issued to Del Norte Limited, equal to 40,000 shares post-split, as follows:

25,000 shares to: Ben Marcovich
10,000 shares to: James Boylan
 5,000 shares to: W. Scott Smith

For and on behalf of Del Norte Limited

*W Scott Smith* (signature)
W Scott Smith

# MEMORANDUM

To:   Franz A. Skryanz
      Secretary/ Treasurer
      Xethanol Corporation

From: W. Scott Smith                                          June 15, 2002

Re:   Freereal-Timequote.com, Inc./ Xethanol Corporation

Dear Franz:

With reference to the replacement of shares originally issued under the name of Freereal-Timequote.com, Inc. to reflect the 1 for 25 reverse stock split as well as the name change to Xethanol Corporation, would you please reissue the one million shares first issued to Villa Doyle Holding Ltd., equal to 40,000 shares post-split, as follows:

20,000 shares to: London Manhattan Securities, Inc.
20,000 shares to: W. Scott Smith

For and on behalf of Villa Doyle Holding Ltd.

*[signature]*
W Scott Smith

XETHANOL - 0102

# MEMORANDUM

To: Franz A. Skryanz
Secretary/ Treasurer
Xethanol Corporation

From: Christopher Taylor

June 15, 2002

Re: Freereal-Timequote.com, Inc./ Xethanol Corporation

Dear Franz:

With reference to the replacement of shares originally issued under the name of Freereal-Timequote.com, Inc. to reflect the 1 for 25 reverse stock split as well as the name change to Xethanol Corporation, would you please reissue the one million shares first issued to Mer Du Nord Corp., equal to 40,000 shares post-split, as follows:

40,000 shares to: London Manhattan Securities, Inc.

For and on behalf of Mer Du Nord Corp.

_____
Christopher Taylor

XETHANOL
06/20/2002 9:34:13 AM EST
LondonManhattan

athskr

*cont #22*

RANZ SKRYANZ, TREASURER, XETHANOL CORPORATION

)NNECTION WITH THE REISSUANCE OF XETHANOL COMMON STOCK TO REFLECT THE 1;25 REVERES STOCK
[, PLEASE REISSUE THE 1 MILLION PRE-SPLIT SHARES ISSUED TO MER DU NORD CORP TO LONDON
HATTAN SECURITIES, INC.

IKS

S TAYLOR
AND ON BEHALF OF
DU NORD CORP

---

topher d'Arnaud-Taylor
on Manhattan
London Towne House, Suite 16B
West 22nd Street
York, NY 10011

iil:   LondonManhattan@aol.com
       212-242-7039
       212-656-1129

ICE OF CONFIDENTIALITY: The information contained in this Internet transmission is intended only for the persons or
ies to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission,
.emination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the
nded recipients is prohibited. If you received this in error, please contact the sender and delete the material from any
iputers.

XETHANOL - 0104