

XETHANOL - 01

CERTIFICATE No. 40 FOR 750,000 SHARES (or units, membership interests, partnership interests, etc., as appropriate)

ISSUED TO

THOMAS A. THOMAS, TRUSTEE

replaced by cert. #69, 70, 71, 72, 73
(MURPHY)

DATED 12/01/01

Transfer From Original Issue

FROM WHOM TRANSFERRED:

DATED

| ORIGINAL CERTIFICATE NUMBER | ORIGINAL NUMBER | NUMBER TRANSFERRED |
|---|---|---|
| | | |

PASTE CANCELLED CERTIFICATE IN THIS SPACE

RECEIVED CERTIFICATE No. 40 FOR 750,000 SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS 26th DAY OF June, 02

Transfer Details For Surrendered Certificate

NEW CERTIFICATES ISSUED TO:

| | NUMBER TRANSFERRED | NUMBER OF NEW CERTIFICAT |
|---|---|---|
| | | |

CANCELLATION OF STAMPS:
In ink, mark stamps with initials, day, month and year; make parallel incisions lengthwise thru stamp at time of affixing. Stamp shall not be so defaced as to prevent ready determination of denomination and genuineness.

XETHANOL - 01

CERTIFICATE No. **69** FOR **150,000** SHARES (or units, membership interests, partnership interests, etc., as appropriate)

ISSUED TO

**WILLIAM C. ROLL TRUST**

orig. (Thomas A. Thomas Trustee) #40

replaced by cert. # 110

DATED **06/19/02**

~~CANCELLED~~

PASTE CANCELLED CERTIFICATE IN THIS SPACE

CANCELLATION OF STAMPS:
In ink, mark stamps with initials, day, month and year; make parallel incisions lengthwise thru stamp at time of affixing. Stamp shall not be so defaced as to prevent ready determination of denomination and genuineness.

Transfer From Original Issue

FROM WHOM TRANSFERRED:

DATED

| ORIGINAL CERTIFICATE NUMBER | ORIGINAL NUMBER | NUMBER TRANSFERRED |
|---|---|---|
| | | |

RECEIVED CERTIFICATE No. _____ FOR _____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS _____ DAY OF _____

Transfer Details For Surrendered Certificate

NEW CERTIFICATES ISSUED TO:

| | NUMBER TRANSFERRED | NUMBER OF NEW CERTIFICATES |
|---|---|---|
| | | |

XETHANOL - 016

**PASTE CANCELLED CERTIFICATE IN THIS SPACE**

CERTIFICATE No. _70_ FOR _150,000_ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

ISSUED TO

HOPE C. ROLL TRUST

CANCELLED

rpl. (Thomas F. Thomas Trustee) #40
replaced by Cert. #110

DATED _06/19/02_

FROM WHOM TRANSFERRED:

DATED

ORIGINAL CERTIFICATE NUMBER

| ORIGINAL NUMBER | NUMBER TRANSFERRED |
|---|---|
| | |

Transferred From Original Issue

RECEIVED CERTIFICATE No. _____ FOR _____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS _____ DAY OF _____

NEW CERTIFICATES ISSUED TO:

Transfer Details For Surrendered Certificate

| NUMBER TRANSFERRED | NUMBER OF NEW CERTIFICATES |
|---|---|
| | |

**CANCELLATION OF STAMPS:** In ink, mark stamps with initials, day, month and year; make 3 parallel incisions lengthwise thru stamp at time of affixing. Stamp shall not be so defaced as to prevent ready determination of its denomination and genuineness.

PASTE CANCELLED CERTIFICATE IN THIS SPACE

**CANCELLATION OF STAMPS:** In ink, mark stamps with initials, day, month and year; make 3 parallel incisions lengthwise thru stamp at time of affixing. Stamp shall not be so defaced as to prevent ready determination of its denomination and genuineness.

CERTIFICATE No. 71 FOR 50,000 SHARES (or units, membership interests, partnership interests, etc., as appropriate)

ISSUED TO

KENNETH MURPHY

rssh (Thomas A. Thomas Trustee) #40

DATED 06/19/02

FROM WHOM TRANSFERRED:

DATED

ORIGINAL CERTIFICATE NUMBER | ORIGINAL NUMBER | NUMBER TRANSFERRED

Transfer From Original Issue

RECEIVED CERTIFICATE No. _____ FOR _____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS _____ DAY OF _____

NEW CERTIFICATES ISSUED TO:

| | NUMBER TRANSFERRED | NUMBER OF NEW CERTIFICATES |

Transfer Details For Surrendered Certificate

XETHANOL - 0166