

# XETHANOL CORPORATION

Shares of Common Stock, par value $.001

**THOMAS A. THOMAS TRUSTEE**

**TWO HUNDRED & SEVENTY-FIVE THOUSAND**

This Certifies that ___ is the owner of ___ fully paid and non-assessable Shares of the above Corporation transferable only by the holder of the Corporation's stock by the holder hereof in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized officers and to be sealed with the Seal of the Corporation.

Dated 06/19/02

XETHANOL - 0167

PASTE CANCELLED CERTIFICATE IN THIS SPACE

CANCELLATION OF STAMPS:
In ink, mark stamps with initials, day, month and year; make 3 parallel incisions lengthwise thru stamp at time of affixing. Stamp shall not be so defaced as to prevent ready determination of its denomination and genuineness.

CERTIFICATE No. 72 FOR 275,000 SHARES (or units, membership interests, partnership interests, etc., as appropriate)

ISSUED TO

Thomas A. Thomas, Trustee
cpl. (T&T)

Cancelled
cancelled #40

DATED 06/19/02
Replaced by 87,88 + 89

| Transfer From Original Issue FROM WHOM TRANSFERRED: | ORIGINAL CERTIFICATE NUMBER | ORIGINAL NUMBER | NUMBER TRANSFERRED |
|---|---|---|---|
| DATED |  |  |  |

RECEIVED CERTIFICATE No. _____ FOR _____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS _____ DAY OF _____

| Transfer Details For Surrendered Certificate NEW CERTIFICATES ISSUED TO: | NUMBER TRANSFERRED | NUMBER OF NEW CERTIFICATES |
|---|---|---|

XETHANOL - 0168