# XETHANOL CORPORATION
Shares of Common Stock, Par value .001

THOMAS A. THOMAS TRUSTEE

**This Certifies that** _____ is the owner of ONE HUNDRED & TWENTY-FIVE THOUSAND fully paid and non-assessable Shares of the Corporation transferable only on the books of the Corporation by the holder hereof in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized officers and to be sealed with the Seal of the Corporation.

Dated 06/19/02

CERTIFICATE No. _73_ FOR _125,000_ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

CANCELLED

ISSUED TO

_THOMAS A. THOMAS, TRUSTEE_

_ypl (TAT)_   #40

DATED _06/19/02_

Transfer From Original Issue

FROM WHOM TRANSFERRED:

DATED _____

| ORIGINAL CERTIFICATE NUMBER | ORIGINAL NUMBER | NUMBER TRANSFERRED |
|---|---|---|
|  |  |  |

PASTE CANCELLED CERTIFICATE IN THIS SPACE

RECEIVED CERTIFICATE No. _____ FOR _____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS _____ DAY OF _____

Transfer Details For Surrendered Certificate

NEW CERTIFICATES ISSUED TO:

| | NUMBER TRANSFERRED | NUMBER OF NEW CERTIFICATES |
|---|---|---|
|  |  |  |

CANCELLATION OF STAMPS:
In ink, mark stamps with initials, day, parallel incisions lengthwise thru stamps shall not be so defaced as to prevent ready determination of denomination and genuineness.