

XETHANOL - 0185

**PASTE CANCELLED CERTIFICATE IN THIS SPACE**

CANCELLED

CERTIFICATE No. 87 FOR 127,000 SHARES (or units, membership interests, partnership interests, etc., as appropriate)

ISSUED TO

Thomas A. Thomas Trustee
(from # 72)

DATED 06/19/02

Transfer From Original Issue

FROM WHOM TRANSFERRED:

DATED

| ORIGINAL CERTIFICATE NUMBER | ORIGINAL NUMBER | NUMBER TRANSFERRED |
|---|---|---|
| | | |

RECEIVED CERTIFICATE No. _____ FOR _____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS _____ DAY OF _____

Transfer Details For Surrendered Certificate

NEW CERTIFICATES ISSUED TO:

| | NUMBER TRANSFERRED | NUMBER OF NEW CERTIFICA... |
|---|---|---|
| | | |

CANCELLATION OF EXHIBIT: In ink, mark stamps with indelible ink, or make parallel incisions lengthwise the stamp or band of stamps shall not be so defaced as to prevent easy determination of denomination and genuineness.

XETHANOL - 0186

CERTIFICATE No. _pp_ FOR _100,000_ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

ISSUED TO

All Saints Episcopal Church
(from cert. #72)

DATED _06/19/02_

Transfer From Original Issue

FROM WHOM TRANSFERRED:

DATED _____

| ORIGINAL CERTIFICATE NUMBER | ORIGINAL NUMBER | NUMBER TRANSFERRED |
|---|---|---|

RECEIVED CERTIFICATE No. _____ FOR _____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS _____ DAY OF _____

Transfer Details For Surrendered Certificate

NEW CERTIFICATES ISSUED TO:

| | NUMBER TRANSFERRED | NUMBER OF NEW CERTIFICATE |
|---|---|---|

PASTE CANCELLED CERTIFICATE IN THIS SPACE

CANCELLATION OF SHARES: [illegible boilerplate text]

PASTE CANCELLED CERTIFICATE IN THIS SPACE

CERTIFICATE No. 89 FOR 600,000 SHARES (or units, membership interests, partnership interests, etc., as appropriate)

ISSUED TO

Fulcrum Properties
(from cert #72)

DATED 06/19/02

RECEIVED CERTIFICATE No. _____ FOR _____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS _____ DAY OF _____

CANCELLATION OF STAMPS:
In ink, mark stamps with initials, day, month and year; make 3 parallel incisions lengthwise thru stamp at time of affixing. Stamp shall not be so defaced as to prevent ready determination of its denomination and genuineness.

Transfer From Original Issue

FROM WHOM TRANSFERRED:

DATED _____

| ORIGINAL CERTIFICATE NUMBER | ORIGINAL NUMBER | NUMBER TRANSFERRED |
|---|---|---|
|  |  |  |

Transfer Details For Surrendered Certificate

NEW CERTIFICATES ISSUED TO:

| | NUMBER TRANSFERRED | NUMBER OF NEW CERTIFICATES |
|---|---|---|
|  |  |  |

CERTIFICATE No. 110 FOR 300,000 SHARES (or units, membership interests, partnership interests, etc., as appropriate)

ISSUED TO

Patrick N. RALEY, Trustee
replaces certs. 69 + 70

DATED 6/19/02

Transfer From Original Issue

FROM WHOM TRANSFERRED:

DATED _____

| ORIGINAL CERTIFICATE NUMBER | ORIGINAL NUMBER | NUMBER TRANSFERRED |
|---|---|---|
|  |  |  |

PASTE CANCELLED CERTIFICATE IN THIS SPACE

RECEIVED CERTIFICATE No. _____ FOR _____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS _____ DAY OF _____

Transfer Details For Surrendered Certificate

NEW CERTIFICATES ISSUED TO:

| | NUMBER TRANSFERRED | NUMBER OF NEW CERTIFICATE |
|---|---|---|
|  |  |  |

**CANCELLATION OF STAMPS:** In ink, mark stamps with initials, day, month and year; make parallel incisions lengthwise thru stamp at time of affixing. Stamp shall not be so defaced as to prevent ready determination of denomination and genuineness.

XETHANOL - 0209

PASTE CANCELLED CERTIFICATE IN THIS SPACE

*Cancelled/Sold to F4 Group LP*

CERTIFICATE No. _119_ FOR _25,000_ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

ISSUED TO

_Patrick A. Rooney, Trustee_

_Sept Amt 73 + 87 (125~~5~~)_

DATED _12/12/03_

Transfer From Original Issue

FROM WHOM TRANSFERRED:

DATED _____

| ORIGINAL CERTIFICATE NUMBER | ORIGINAL NUMBER | NUMBER TRANSFERRED |
|---|---|---|
|  |  |  |

RECEIVED CERTIFICATE No. _____ FOR _____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS _____ DAY OF _____

Transfer Details For Surrendered Certificate

NEW CERTIFICATES ISSUED TO:

| | NUMBER TRANSFERRED | NUMBER OF NEW CERTIFICATES |
|---|---|---|
| | | |

CANCELLATION OF STAMPS:
In ink, mark stamps with initials, day, month and year; make parallel incisions lengthwise thru stamp at time of affixing. Stamps shall not be so defaced as to prevent ready determination of denomination and genuineness.