Cancelled/Sold to PA Group, LP

CERTIFICATE No. 120 FOR 25,000 SHARES (or units, membership interests, partnership interests, etc., as appropriate)

ISSUED TO

Patrick A. Roley, Trustee

Sept. 73 + 87 (125+)

DATED 12/12/03

Transfer From Original Issue

FROM WHOM TRANSFERRED:

DATED _____

| ORIGINAL CERTIFICATE NUMBER | ORIGINAL NUMBER | NUMBER TRANSFERRED |
|---|---|---|
| | | |

PASTE CANCELLED CERTIFICATE IN THIS SPACE

RECEIVED CERTIFICATE No. _____ FOR _____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS _____ DAY OF _____

Transfer Details For Surrendered Certificate

NEW CERTIFICATES ISSUED TO:

| | NUMBER TRANSFERRED | NUMBER OF NEW CERTIFICATES |
|---|---|---|
| | | |

**CANCELLATION OF STAMPS:**
In ink, mark stamps with initials, day, month and year; make 3 parallel incisions lengthwise thru stamp at time of affixing. Stamp shall not be so defaced as to prevent ready determination of its denomination and genuineness.

*Cancelled / Sold to F.H. Shoup, LP*

CERTIFICATE No. _121_ FOR _25,000_ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

ISSUED TO

_Patrick A. Raley, Trustee_

_(rept. 73 + 87 (125 ))_

DATED _12/12/03_

Transfer From Original Issue

FROM WHOM TRANSFERRED: _____

DATED _____

| ORIGINAL CERTIFICATE NUMBER | ORIGINAL NUMBER | NUMBER TRANSFERRED |
|---|---|---|
| | | |

PASTE CANCELLED CERTIFICATE IN THIS SPACE

RECEIVED CERTIFICATE No. _____ FOR _____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS _____ DAY OF _____

Transfer Details For Surrendered Certificate

NEW CERTIFICATES ISSUED TO: _____

| | NUMBER TRANSFERRED | NUMBER OF NEW CERTIFICATES |
|---|---|---|
| | | |

**CANCELLATION OF STAMPS:** In ink, mark stamps with initials, day, month and year; make parallel incisions lengthwise thru stamp at time of affixing. Stamps shall not be so defaced as to prevent ready determination of denomination and genuineness.

PASTE CANCELLED CERTIFICATE IN THIS SPACE

Cancelled/Sold to FY Grocer, LP.

CERTIFICATE No. 122 FOR 25,000 SHARES (or units, membership interests, partnership interests, etc., as appropriate)

ISSUED TO

Patrick A. Raley, Trustee

Rept. 73-07 (1254 ~~~~)

DATED 12/12/03

Transfer From Original Issue

FROM WHOM TRANSFERRED:

DATED _____

| ORIGINAL CERTIFICATE NUMBER | ORIGINAL NUMBER | NUMBER TRANSFERRED |
|---|---|---|
| | | |

RECEIVED CERTIFICATE No. _____ FOR _____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS _____ DAY OF _____

Transfer Details For Surrendered Certificate

NEW CERTIFICATES ISSUED TO:

| | NUMBER TRANSFERRED | NUMBER OF NEW CERTIFICATE |
|---|---|---|
| | | |

CANCELLATION OF STAMPS:
In ink, mark stamps with initials, day, month and year; make parallel incisions lengthwise thru stamp at time of affixing. Stamp shall not be so defaced as to prevent ready determination of denomination and genuineness.

XETHANOL - 0221

CERTIFICATE No. _123_ FOR _30,000_ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

ISSUED TO

_Patrick A. Raley, Trustee_

_apx. 73+07 (125+127)_

DATED _12/12/03_

Transfer From Original Issue

FROM WHOM TRANSFERRED:

DATED _____

| ORIGINAL NUMBER | NUMBER TRANSFERRED |
|---|---|
| | |
| | |

PASTE CANCELLED CERTIFICATE IN THIS SPACE

RECEIVED CERTIFICATE No. _____ FOR _____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS _____ DAY OF _____

Transfer Details For Surrendered Certificate

NEW CERTIFICATES ISSUED TO:

| NUMBER TRANSFERRED | NUMBER OF NEW CERTIFICAT[E] |
|---|---|
| | |
| | |

**CANCELLATION OF STAMPS:**
In ink, mark stamps with initials, day, month and year; make parallel incisions lengthwise thru stamp at time of affixing. Stamps shall not be so defaced as to prevent ready determination of [its] denomination and genuineness.

CERTIFICATE No. 124 FOR 122,000 SHARES (or units, membership interests, partnership interests, etc., as appropriate)

ISSUED TO

Patrick P. Raley, Trustee

Agel, 73+87 (125+127)

DATED 12/12/03

FROM WHOM TRANSFERRED:

DATED

| ORIGINAL CERTIFICATE NUMBER | ORIGINAL NUMBER | NUMBER TRANSFERRED |
|---|---|---|
| | | |

nsfer From Original Issue

PASTE CANCELLED CERTIFICATE IN THIS SPACE

RECEIVED CERTIFICATE No. _____ FOR _____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS _____ DAY OF _____

Transfer Details For Surrendered Certificate

NEW CERTIFICATES ISSUED TO:

| | NUMBER TRANSFERRED | NUMBER OF NEW CERTIFICATES |
|---|---|---|
| | | |

**CANCELLATION OF STAMPS:** In ink, mark stamps with initials, day, month and year; make 3 parallel incisions lengthwise thru stamp at time of affixing. Stamp shall not be so defaced as to prevent ready determination of its denomination and genuineness.

CERTIFICATE No. 125 FOR 100,000 SHARES (or units, membership interests, partnership interests, etc., as appropriate)

ISSUED TO

F 4 GROUP, LP
Replaces certs. #119, 120, 121, 122

DATED 01/07/04

FROM WHOM TRANSFERRED:

DATED

| ORIGINAL CERTIFICATE NUMBER | ORIGINAL NUMBER | NUMBER TRANSFERRED |
|---|---|---|

Transfer From Original Issue

---

RECEIVED CERTIFICATE No. _____ FOR _____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS _____ DAY OF _____

PASTE CANCELLED CERTIFICATE IN THIS SPACE

Transfer Details For Surrendered Certificate

NEW CERTIFICATES ISSUED TO:

| | NUMBER TRANSFERRED | NUMBER NEW CERTIFI |
|---|---|---|

CANCELLATION OF STAMPS:
In ink, mark stamps with initials, day, month and year; make parallel incisions lengthwise thru stamp at time of affixing. Stamp shall not be so defaced as to prevent ready determination of denomination and genuineness.

XETHANOL

CERTIFICATE No. 148 FOR 50,000 SHARES (or units, membership interests, partnership interests, etc., as appropriate)

ISSUED TO

THERESE ROOS

DATED 8/3/04

from cert # 110  & Murphy

Transfer From Original Issue

FROM WHOM TRANSFERRED:

DATED

| ORIGINAL CERTIFICATE NUMBER | ORIGINAL NUMBER | NUMBER TRANSFERRED |
|---|---|---|

PASTE CANCELLED CERTIFICATE IN THIS SPACE

RECEIVED CERTIFICATE No. _____ FOR _____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS _____ DAY OF _____

Transfer Details For Surrendered Certificate

NEW CERTIFICATES ISSUED TO:

| NUMBER TRANSFERRED | NUMBER OF NEW CERTIFICATI |
|---|---|

CANCELLATION OF STAMPS:
In ink, mark stamps with initials, day, month and year; make parallel incisions lengthwise thru stamp at time of affixing. Stamp shall not be so defaced as to prevent ready determination of denomination and genuineness.

PASTE CANCELLED CERTIFICATE IN THIS SPACE

CERTIFICATE No. _1419_ FOR _50,000_ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

ISSUED TO

_SCOTT SMITH_

_Shoes Court # 110_

DATED _8/3/2004_

_ex Murphy_

Transfer From Original Issue

FROM WHOM TRANSFERRED:

DATED _____

| ORIGINAL CERTIFICATE NUMBER | ORIGINAL NUMBER | NUMBER TRANSFERRED |
|---|---|---|
| | | |

RECEIVED CERTIFICATE No. _____ FOR _____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS _____ DAY OF _____

Transfer Details For Surrendered Certificate

NEW CERTIFICATES ISSUED TO:

| | NUMBER TRANSFERRED | NUMBER OF NEW CERTIFICATE |
|---|---|---|
| | | |

**CANCELLATION OF STAMPS:**
In ink, mark stamps with initials, day, month and year; make parallel incisions lengthwise thru stamp at time of affixing. Stamps shall not be so defaced as to prevent ready determination of denomination and genuineness.

PASTE CANCELLED CERTIFICATE IN THIS SPACE

CERTIFICATE No. 1641 FOR 25,000 SHARES (or units, membership interests, partnership interests, etc., as appropriate)

ISSUED TO

Jasmin Consulting, Inc.

DATED 9/23/04

Transfer From Original Issue

FROM WHOM TRANSFERRED:

DATED

| ORIGINAL CERTIFICATE NUMBER | ORIGINAL NUMBER | NUMBER TRANSFERRED |
|---|---|---|
| | | |

RECEIVED CERTIFICATE No. _____ FOR _____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS _____ DAY OF _____

Transfer Details For Surrendered Certificate

NEW CERTIFICATES ISSUED TO:

| | NUMBER TRANSFERRED | NUMBER OF NEW CERTIFICATE |
|---|---|---|
| | | |

**CANCELLATION OF STAMPS:** In ink, mark stamps with initials, day, month and year; make parallel incisions lengthwise thru stamp at time of affixing. Stamp shall not be so defaced as to prevent ready determination of denomination and genuineness.

CERTIFICATE No. **105** FOR **25,000** SHARES (or units, membership interests, partnership interests, etc., as appropriate)

ISSUED TO

**Therese Roos**

DATED **9/23/04**

FROM WHOM TRANSFERRED:

DATED _____

| ORIGINAL CERTIFICATE NUMBER | ORIGINAL NUMBER | NUMBER TRANSFERRED |
|---|---|---|
| | | |

Transfer From Original Issue

RECEIVED CERTIFICATE No. _____ FOR _____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS _____ DAY OF _____

NEW CERTIFICATES ISSUED TO:

| | NUMBER TRANSFERRED | NUMBER OF NEW CERTIFICATE |
|---|---|---|
| | | |

Transfer Details For Surrendered Certificate

CERTIFICATE IN THIS SPACE

**CANCELLATION OF STAMPS:**
In ink, mark stamps with initials, day, month and year; make parallel incisions lengthwise thru stamp at time of affixing. Stamps shall not be so defaced as to prevent ready determination of denomination and genuineness.