PASTE CANCELLED CERTIFICATE IN THIS SPACE

CERTIFICATE No. _166_ FOR _50,000_ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

ISSUED TO

_Scott Smith_

DATED _9/23/04_

Transfer From Original Issue

FROM WHOM TRANSFERRED:

DATED

ORIGINAL CERTIFICATE NUMBER

| ORIGINAL NUMBER | NUMBER TRANSFERRED |
|---|---|
| | |

RECEIVED CERTIFICATE No. _____ FOR _____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS _____ DAY OF _____

CANCELLATION OF STAMPS:
In ink, mark stamps with initials, day, month and year; make parallel incisions lengthwise thru stamp at time of affixing. Stamp shall not be so defaced as to prevent ready determination of denomination and genuineness.

Transfer Details For Surrendered Certificate

NEW CERTIFICATES ISSUED TO:

| | NUMBER TRANSFERRED | NUMBER OF NEW CERTIFICAT[E] |
|---|---|---|
| | | |

XETHANOL - 0266

PASTE CANCELLED CERTIFICATE IN THIS SPACE

**CANCELLATION OF STAMPS:**
In ink, mark stamps with initials, day, month and year; make parallel incisions lengthwise thru stamp at time of affixing. Stamp shall not be so defaced as to prevent ready determination of denomination and genuineness.

CERTIFICATE No. _183_ FOR _100,000_ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

ISSUED TO

_Patrick A. Raley, Trustee_

_Mason Cert # 110_

DATED _September 12/12/2003_

RECEIVED CERTIFICATE No. ____ FOR ____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS ____ DAY OF ____

Transfer From Original Issue

FROM WHOM TRANSFERRED:

DATED ____

| ORIGINAL CERTIFICATE NUMBER | ORIGINAL NUMBER | NUMBER TRANSFERRED |
|---|---|---|
| | | |
| | | |

Transfer Details For Surrendered Certificate

NEW CERTIFICATES ISSUED TO:

| | NUMBER TRANSFERRED | NUMBER OF NEW CERTIFICATES |
|---|---|---|
| | | |
| | | |

PASTE CANCELLED CERTIFICATE IN THIS SPACE

**CANCELLATION OF STAMPS:**
In ink, mark stamps with initials, day, month and year; make parallel incisions lengthwise thru stamp at time of affixing. Stamp shall not be so defaced as to prevent ready determination of denomination and genuineness.

CERTIFICATE No. _____ FOR _50,000_ _____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

ISSUED TO

_Therese Roos_

DATED _12/12/2004_

Transfer From Original Issue

FROM WHOM TRANSFERRED:

DATED _____

| ORIGINAL CERTIFICATE NUMBER | ORIGINAL NUMBER | NUMBER TRANSFERRED |
|---|---|---|
| | | |

RECEIVED CERTIFICATE No. _____ FOR _____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS _____ DAY OF _____

Transfer Details For Surrendered Certificate

NEW CERTIFICATES ISSUED TO:

| | NUMBER TRANSFERRED | NUMBER OF NEW CERTIFICAT... |
|---|---|---|
| | | |

XETHANOL - 0288

PASTE CANCELLED CERTIFICATE IN THIS SPACE

**CANCELLATION OF STAMPS:**
In ink, mark stamps with initials, day, month and year; make 3 parallel incisions lengthwise thru stamp at time of affixing. Stamp shall not be so defaced as to prevent ready determination of its denomination and genuineness.

CERTIFICATE No. _189_ FOR _25,000_ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

ISSUED TO

_Jasmine Consulting, Inc._

DATED _12/12/2004_

Transfer From Original Issue

FROM WHOM TRANSFERRED:

DATED

| ORIGINAL CERTIFICATE NUMBER | ORIGINAL NUMBER | NUMBER TRANSFERRED |
|---|---|---|
|  |  |  |

RECEIVED CERTIFICATE No. _____ FOR _____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS _____ DAY OF _____

Transfer Details For Surrendered Certificate

NEW CERTIFICATES ISSUED TO:

| NUMBER TRANSFERRED | NUMBER OF NEW CERTIFICATES |
|---|---|
|  |  |

PASTE CANCELLED CERTIFICATE IN THIS SPACE

CANCELLATION OF STAMPS:
In ink, mark stamps with initials, day, month, and year; make 3 parallel incisions lengthwise thru stamp at time of affixing. Stamp shall not be so defaced as to prevent ready determination of its denomination and genuineness.

CERTIFICATE No. _190_ FOR _25,000_ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

ISSUED TO

W. Scott Smith

DATED _12/12/2004_

RECEIVED CERTIFICATE No. _____ FOR _____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS _____ DAY OF _____

Transfer From Original Issue

FROM WHOM TRANSFERRED:

DATED _____

ORIGINAL CERTIFICATE NUMBER

| | ORIGINAL NUMBER | NUMBER TRANSFERRED |
|---|---|---|
| | | |
| | | |

Transfer Details For Surrendered Certificate

NEW CERTIFICATES ISSUED TO:

| | NUMBER TRANSFERRED | NUMBER OF NEW CERTIFICATES |
|---|---|---|
| | | |
| | | |

XETHANOL - 0290

PASTE CANCELLED CERTIFICATE IN THIS SPACE

**CANCELLATION OF STAMPS:**
In ink, mark stamps with initials, day, month and year, make 3 parallel incisions lengthwise thru stamp at time of affixing. Stamp shall not be so defaced as to prevent ready determination of its denomination and genuineness.

RECEIVED CERTIFICATE No. _____ FOR _____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS _____ DAY OF _____

Transfer Details For Surrendered Certificate

NEW CERTIFICATES ISSUED TO:

CERTIFICATE No. 191 FOR 10,000 SHARES (or units, membership interests, partnership interests, etc., as appropriate)

ISSUED TO

_Jasmine Consulting Inc._

DATED 6/19/2002

Transfer From Original Issue

FROM WHOM TRANSFERRED:

DATED _____

ORIGINAL CERTIFICATE NUMBER

| ORIGINAL NUMBER | NUMBER TRANSFERRED |
|---|---|
| | |

| NUMBER TRANSFERRED | NUMBER OF NEW CERTIFICATES |
|---|---|
| | |

XETHANOL - 0291

PASTE CANCELLED CERTIFICATE IN THIS SPACE

**CANCELLATION OF STAMPS:**
In Ink, mark stamps with Initials, day, month and year; make 3 parallel Incisions lengthwise thru stamp at time of affixing. Stamp shall not be so defaced as to prevent ready determination of its denomination and genuineness.

RECEIVED CERTIFICATE No. _____ FOR _____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS _____ DAY OF _____

Transfer Details For Surrendered Certificate

NEW CERTIFICATES ISSUED TO:

| NUMBER TRANSFERRED | NUMBER OF NEW CERTIFICATES |
|---|---|
| | |

XETHANOL - 0292

CERTIFICATE No. _192_ FOR _4,000_ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

ISSUED TO

_Karen Sowa_

DATED _6/19/2002_

Transfer From Original Issue

FROM WHOM TRANSFERRED:

DATED _____

| ORIGINAL CERTIFICATE NUMBER | ORIGINAL NUMBER | NUMBER TRANSFERRED |
|---|---|---|
| | | |