

# XETHANOL CORPORATION
Shares of Common Stock, par value $0.001

SHARES: 14,000

LONDON MANHATTAN LIMITED, INC.

- FOURTEEN THOUSAND -

This Certifies that _____ is the owner of _____ fully paid and non-assessable Shares of the above Corporation transferable only on the books of the Corporation by the holder hereof in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized officers and to be sealed with the Seal of the Corporation.

Dated: 6/19/2002

PASTE CANCELLED CERTIFICATE IN THIS SPACE

**CANCELLATION OF STAMPS:**
In Ink, mark stamps with initials, day, month and year; make 3 parallel incisions lengthwise thru stamp at time of affixing. Stamp shall not be so defaced as to prevent ready determination of its denomination and genuineness.

CERTIFICATE No. _193_ FOR _14,000_ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

ISSUED TO _Jamaly Mauhattau Limited The_

DATED _6/19/2002_

RECEIVED CERTIFICATE No. _____ FOR _____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS _____ DAY OF _____

Transfer Details For Surrendered Certificate

NEW CERTIFICATES ISSUED TO:

| ORIGINAL NUMBER | NUMBER TRANSFERRED |
|---|---|
| | |

Transfer From Original Issue

FROM WHOM TRANSFERRED: _____

DATED _____

| ORIGINAL CERTIFICATE NUMBER | NUMBER TRANSFERRED | NUMBER OF NEW CERTIFICATES |
|---|---|---|
| | | |

XETHANOL - 0294