

XETHANOL - 0299

CERTIFICATE No. _796_ FOR _30,000_ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

ISSUED TO

_Muriel B Crowell Revocable Trust_

DATED _1/26/2005_

Transfer From Original Issue

FROM WHOM TRANSFERRED:

DATED

| ORIGINAL CERTIFICATE NUMBER | ORIGINAL NUMBER | NUMBER TRANSFERRED |
|---|---|---|
| | | |

PASTE CANCELLED CERTIFICATE IN THIS SPACE

RECEIVED CERTIFICATE No. _____ FOR _____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS _____ DAY OF _____

**CANCELLATION OF STAMPS:**
In ink, mark stamps with initials, day, month and year; make 3 parallel incisions lengthwise thru stamp at time of affixing. Stamp shall not be so defaced as to prevent ready determination of its denomination and genuineness.

Transfer Details For Surrendered Certificate

NEW CERTIFICATES ISSUED TO:

| | NUMBER TRANSFERRED | NUMBER OF NEW CERTIFICATES |
|---|---|---|
| | | |