

PASTE CANCELLED CERTIFICATE IN THIS SPACE

**CANCELLATION OF STAMPS:**
In ink, mark stamps with initials, day, month and year; make parallel incisions lengthwise thru stamp at time of affixing. Stamp shall not be so defaced as to prevent ready determination of its denomination and genuineness.

CERTIFICATE No. _197_ FOR _50,000_ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

ISSUED TO

John L. Chorell

DATED _1/26/2005_

Transfer From Original Issue

FROM WHOM TRANSFERRED:

DATED

| ORIGINAL CERTIFICATE NUMBER | ORIGINAL NUMBER | NUMBER TRANSFERRED |
|---|---|---|

RECEIVED CERTIFICATE No. _____ FOR _____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS _____ DAY OF _____

Transfer Details For Surrendered Certificate

NEW CERTIFICATES ISSUED TO:

| | NUMBER TRANSFERRED | NUMBER OF NEW CERTIFICATES |
|---|---|---|

XETHANOL - 0302