# XETHANOL CORPORATION

Shares of Common Stock, par value $.001

**W. SCOTT SMITH**

This Certifies that

— EIGHT THOUSAND FIVE HUNDRED — is the owner of fully paid and non-assessable Shares of the above Corporation, transferable only on the books of the Corporation by the holder hereof in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized officers and to be sealed with the Seal of the Corporation.

Dated _____ 1/26/2005

XETHANOL - 0303

PASTE CANCELLED CERTIFICATE IN THIS SPACE

CANCELLATION OF STAMPS:
In ink, mark stamps with initials, day, month and year, make 3 parallel incisions lengthwise thru stamp at time of affixing. Stamp shall not be so defaced as to prevent ready determination of its denomination and genuineness.

CERTIFICATE No. _190_ FOR _8 500_ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

ISSUED TO

_W. Scott Smith_

DATED _1/26/2005_

Transfer From Original Issue

FROM WHOM TRANSFERRED:

DATED

| ORIGINAL CERTIFICATE NUMBER | ORIGINAL NUMBER | NUMBER TRANSFERRED |
|---|---|---|
|  |  |  |
|  |  |  |

RECEIVED CERTIFICATE No. _____ FOR _____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS_____ DAY OF_____

Transfer Details For Surrendered Certificate

NEW CERTIFICATES ISSUED TO:

| NUMBER TRANSFERRED | NUMBER OF NEW CERTIFICATES |
|---|---|
|  |  |
|  |  |

XETHANOI - 0304